1  RUSSELL B. HILL (State Bar No. 190070)
   JESSE D. MULHOLLAND (State Bar No. 222393)
2  ELIZABETH YANG (State Bar No. 249713)
   Howrey LLP
3  2020 Main Street, Suite 1000
   Irvine, California 92614-8200
4  Telephone: 949/721-6900
   Facsimile:  949/721-6910
5
   Attorneys for Plaintiff
6  ELECTRONICS FOR IMAGING, INC.

FILED
07 OCT 30 PM 4: 02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RS

ELECTRONICS FOR IMAGING, INC.,
a Delaware corporation,

        Plaintiff,

   v.

TESSERON, LTD., an Ohio limited liability
company,

        Defendants.

No. C 07 5534

**CERTIFICATION OF INTERESTED PARTIES OR PERSONS**

FAXED

HOWREY LLP

DM_US:20849825_1

1     Pursuant to Civil L.R. 3-16, the undersigned certifies that, as of this date, no interest is known
2 in this case other than that of the named parties.

4 Dated: October 30, 2007            Respectfully submitted,

ELECTRONICS FOR IMAGING, INC.
By its Attorneys,

By: _____

Russell B. Hill (State Bar No. 190070)
Jesse D. Mulholland (State Bar No. 222393)
Elizabeth Yang (State Bar No. 249713)
Howrey LLP
2020 Main Street, Suite 1000
Irvine, California 92614-8200
Telephone: (949) 721-6900
Facsimile: (949) 721-6910
Email: hillr@howrey.com
       mulhollandj@howrey.com
       yange@howrey.com

Attorneys for Plaintiff
ELECTRONICS FOR IMAGING, INC.