RUSSELL B. HILL (State Bar No. 190070)
JESSE D. MULHOLLAND (State Bar No. 222393)
ELIZABETH YANG (State Bar No. 249713)
Howrey LLP
2020 Main Street, Suite 1000
Irvine, California 92614-8200
Telephone:  949/721-6900
Facsimile:   949/721-6910

Attorneys for Plaintiff
ELECTRONICS FOR IMAGING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONICS FOR IMAGING, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>TESSERON, LTD., an Ohio limited liability company,<br><br>                    Defendants. | No.  C 07 5534 RS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

HOWREY LLP

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit or the United States Court of Appeals for the Federal Circuit as required by Title 28, U.S.C. Section 1295.

Dated: November 5, 2007               Respectfully submitted,


                                      /s/ Russell B. Hill

                                      Russell B. Hill (State Bar No. 190070)
                                      Jesse D. Mulholland (State Bar No. 222393)
                                      Elizabeth Yang (State Bar No. 249713)
                                      Howrey LLP
                                      2020 Main Street, Suite 1000
                                      Irvine, California 92614-8200
                                      Telephone: (949) 721-6900
                                      Facsimile: (949) 721-6910
                                      Email: hillr@howrey.com
                                             mulhollandj@howrey.com
                                             yange@howrey.com

                                      Attorneys for Plaintiff
                                      ELECTRONICS FOR IMAGING, INC.

HOWREY LLP

## PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss.:
COUNTY OF ORANGE        )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2020 Main Street, Suite 1000, Irvine, California 92614.

On November 5, 2007, I served on the interested parties in said action the within:

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Irvine, California.

Kevin W. Kirsch
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957

Facsimile No.: (513) 381-0205

[X] (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[X] (FACSIMILE) I caused the foregoing document to be served by facsimile transmission to each interested party at the facsimile machine telephone number shown as stated above.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on November 5, 2007, at Irvine, California.

Shawn Beem
(Type or print name)                                  (Signature)

HOWREY LLP