## AFFIDAVIT OF JESSE MULHOLLAND

STATE OF California    )
                       )  SS:
COUNTY OF Orange       )

I, JESSE MULHOLLAND, being first duly sworn and cautioned by the undersigned Notary Public, hereby declare the following:

1. I am an attorney licensed to practice and in good standing before the United States District Court, Northern District of California.

2. I was admitted to the Bar of the State of California in December 2002 and remain in good standing. My California bar registration number is 222393.

3. I am a Senior Associate in the firm Howrey LLP, 2020 Main Street, Suite 1000, Irvine, CA 92614.

4. I have never been subject to disciplinary action by the bar of any state or any other jurisdiction.

5. Except as otherwise stated, I have personal knowledge of and am competent to testify concerning the matters set forth herein.

6. After a diligent search, I located Tesseron Ltd.'s agent and place of business on Ohio's Secretary of State website which lists Forrest Gautheir, at 8792 Maineville Rd., Maineville, Ohio. 45039.

7. I caused to be served a summons and a copy of the Complaint in Case No. C 07 5534 RS, Electronics for Imaging, Inc. v. Tesseron Ltd.'s agent Forrest Gautheir at 8792 Maineville Rd., Maineville, Ohio 45039.

8. A true and correct copy of the proof of service dated November 14, 2007 from Jennifer Brunner, the Ohio Secretary of State is attached as Exhibit A.

_____
Signature

SWORN to and subscribed before me, this the 21st day of November, 2007



*EMILIE B. SORIANO*

My Commission Expires: April 23, 2010