# EXHIBIT A



**Jennifer Brunner**
Secretary of State
State of Ohio

## PROOF OF SERVICE

Date of Service: November 14, 2007        Case Number: C 07 5534

Electronics For Imaging, Inc.   VERSUS   Tesseron, Ltd.

The Secretary of State of Ohio received service of process, notice or demand as the statutory agent for Tesseron, Ltd. at 8792 Maineville Road, Maineville, Ohio, 45039 under Section 1705.06 of the Ohio Revised Code. Service was forwarded via certified mail to the address set forth in the affidavit. The Secretary of State has fulfilled its statutory obligation under the Ohio Revised Code, and service upon the company shall be deemed to have been made.

Sincerely,

Jennifer Brunner
Secretary of State

MAM
2008

180 East Broad Street, 16th Floor • Columbus, Ohio 43215 • (877) SOS-FILE