RUSSELL B. HILL (State Bar No. 190070)
JESSE D. MULHOLLAND (State Bar No. 222393)
ELIZABETH YANG (State Bar No. 249713)
Howrey LLP
4 Park Plaza, Suite 1700
Irvine, California 92614-8557
Telephone:  949/721-6900
Facsimile:   949/721-6910

Attorneys for Plaintiff
ELECTRONICS FOR IMAGING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELECTRONICS FOR IMAGING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TESSERON, LTD., an Ohio limited liability company,<br><br>Defendant. | No.  C-07-5534 RS<br><br>NOTICE OF CHANGE OF ADDRESS OF HOWREY LLP |
|---|---|

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that, effective December 1, 2007, the Irvine office of Howrey LLP

3  has relocated to the following address:

4      Howrey LLP

5      4 Park Plaza, Suite 1700

6      Irvine, California 92614

7  The telephone number and facsimile numbers remain the same:

8      Telephone Number:   (949) 721-6900

9      Facsimile Number:   (949) 721-6910

10 DATED: December 5, 2007

12                                   Respectfully,

15                                 By: _____/s/ Jesse Mulholland_____
                                            Jesse Mulholland

17                               RUSSELL B. HILL
                              JESSE D. MULHOLLAND
                              ELIZABETH YANG
                              Howrey, LLP
                              4 Park Plaza, Suite 1700
                              Irvine, California 92614-8557
                              Telephone:   949/721-6900
                              Facsimile:   949/721-6910

HOWREY LLP

DM_US:20898260_1

-1-
NOTICE OF CHANGE OF ADDRESS

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )  ss.:
COUNTY OF ORANGE         )

    I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 4 Park Plaza, Suite 1700, Irvine, California 92614.

    On December 5, 2007, I served on the interested parties in said action the within:

NOTICE OF CHANGE OF ADDRESS OF HOWREY LLP

by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Irvine, California.

Kevin W. Kirsch
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
Facsimile No.: (513) 381-0205

[X] (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[X] (FACSIMILE) I caused the foregoing document to be served by facsimile transmission to each interested party at the facsimile machine telephone number shown as stated above.

    I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

    Executed on December 5, 2007, at Irvine, California.

_____Shawn Beem_____           _____/s/ Beem_____
(Type or print name)                    (Signature)