JON MICHAELSON (SBN 83815)
BEN BEDI (SBN 172591)
**KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP**
630 Hansen Way
Palo Alto, California  94304
Telephone: 650.798.6700
Facsimile: 650.798.6701

KEVIN W. KIRSCH  (SBN 166184)
DAVID H. WALLACE, *pro hac vice pending*
DAVID A. MANCINO, *pro hac vice pending*
STEPHAN H. JETT, *pro hac vice pending*
**TAFT, STETTINIUS & HOLLISTER, LLP**
425 Walnut Street, Suite 1800
Cincinnati, OH  45202
Telephone: (513) 381-2838
Facsimile: (513) 381-0205

Attorneys for Defendant
TESSERON, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELECTRONICS FOR IMAGING, INC., | Case No. CV07-5534 RS |
| Plaintiff, | **NOTICE OF MOTION AND MOTION OF TESSERON, LTD. TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE** |
| vs. | |
| TESSERON, LTD., | [Assigned to Honorable Richard Seeborg] |
| Defendant. | |
| | Hearing Date:        January 16, 2008 |
| | Time:                     9:30 a.m. |

1    PLEASE TAKE NOTICE that on December 10, 2007, Defendant Tesseron, Ltd. ("Tesseron")

2   filed with the Court a Motion to Dismiss or, in the Alternative, to Transfer Venue.  A hearing on this

3   motion will be held on January 16, 2008 at 9:30 a.m. before the Honorable Richard Seeborg.

4    Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, Tesseron moves the Court

5   to dismiss the instant matter for lack of personal jurisdiction.  In the alternative, Tesseron requests

6   that the Court transfer this matter to the United States District Court for the Northern District of Ohio

7   pursuant to 28 U.S.C. § 1404(a).  This motion is supported by the following Memorandum of Points

8   and Authorities and by the Declaration of Forrest Gauthier.

9

10                          KIRKPATRICK & LOCKHART PRESTON
                          GATES ELLIS LLP

11

12
    Dated:  December 10, 2007              By: _____
13                                          Ben Beal
                                           Jon Michaelson
14                                          Attorneys for Defendant

15

16

17

18

19

20

21

22

23

24

25

26

27

28