JON MICHAELSON (SBN 83815)
BEN BEDI (SBN 172591)
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
630 Hansen Way
Palo Alto, California 94304
Telephone: 650.798.6700
Facsimile: 650.798.6701

KEVIN W. KIRSCH (SBN 166184)
DAVID H. WALLACE, *pro hac vice pending*
DAVID A. MANCINO, *pro hac vice pending*
STEPHAN H. JETT, *pro hac vice pending*
**TAFT, STETTINIUS & HOLLISTER, LLP**
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Telephone: (513) 381-2838
Facsimile: (513) 381-0205

Attorneys for Defendant
TESSERON, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELECTRONICS FOR IMAGING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TESSERON, LTD., <br><br> Defendant. | Case No. CV07-5534 RS <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16** <br><br> [Assigned to Honorable Richard Seeborg] <br><br> Hearing Date:  January 16, 2008 <br> Time:  9:30 a.m. |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named
2  parties, there is no such interest to report.

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP

Dated:  December 10, 2007          By:  _____
                                        Ben Bedi
                                        Jon Michaelson
                                        Attorneys for Defendant

---

1

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16**
Case No. CV07-5534 RS