1  JON MICHAELSON (SBN 83815)
   BEN BEDI (SBN 172591)
2  **KIRKPATRICK & LOCKHART PRESTON
   GATES ELLIS LLP**
3  630 Hansen Way
   Palo Alto, California 94304
4  Telephone: 650.798.6700
   Facsimile: 650.798.6701
5
   KEVIN W. KIRSCH (SBN 166184)
6  DAVID H. WALLACE, *pro hac vice pending*
   DAVID A. MANCINO, *pro hac vice pending*
7  STEPHAN H. JETT, *pro hac vice pending*
   **TAFT, STETTINIUS & HOLLISTER, LLP**
8  425 Walnut Street, Suite 1800
   Cincinnati, OH 45202
9  Telephone: (513) 381-2838
   Facsimile: (513) 381-0205
10
   Attorneys for Defendant
11 TESSERON, LTD.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ELECTRONICS FOR IMAGING, INC., | Case No. CV07-5534 RS |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | [Assigned to Honorable Richard Seeborg] |
| TESSERON, LTD., | Hearing Date: January 16, 2008 |
| Defendant. | Time: 9:30 a.m. |

I am employed in the county of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is **Kirkpatrick & Lockhart Preston Gates Ellis LLP, 630 Hansen Way, Palo Alto, California 94304.**

On **December 10, 2007**, I served the following document(s):

**NOTICE OF MOTION AND MOTION OF TESSERON, LTD. TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**

**MEMORANDUM IN SUPPORT OF DEFENDANT TESSERON, LTD'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16**

1  together with an unsigned copy of this declaration, on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed and sent as follows:

2

3  | Russell B. Hill<br>Jesse D. Mulholland<br>Elizabeth Yang<br>Howrey LLP<br>2020 Main Street, Suite 1000<br>Irvine, CA  92614-8200 | |
   |---|---|

4

5

6

7  [ ]  **BY MAIL (By Following Office Business Practice):**  I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I placed such envelope(s) for collection and mailing on that date following ordinary business practice.

8

9  [ ]  **BY FACSIMILE:**  The recipient(s) have confirmed in writing that service by facsimile is acceptable to them.  I transmitted the documents listed above by facsimile transmission to the facsimile number of the offices of the addressee(s) as indicated above.

10

11  [ X ]  **BY PERSONAL SERVICE:**  I caused such envelope to be hand-delivered to the offices of the addressee(s) as indicated above.  A proof of service will be executed by process server upon completion.

12

13  [ ]  **BY ELECTRONIC MAIL:**  I am personally and readily familiar with the business practice of the firm for the preparation and processing of documents in portable document format (PDF) for e-mailing.  I prepared said document(s) in PDF and then caused such documents to be served by electronic mail to the above addressees.

14

15

16  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

17  Executed on December 10, 2007, at Palo Alto, California.

18

19  _____
   Jennifer Smith