1  JON MICHAELSON (SBN 83815)
   BEN BEDI (SBN 172591)
2  **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
3  630 Hansen Way
   Palo Alto, California 94304
4  Telephone: 650.798.6700
   Facsimile: 650.798.6701
5
   KEVIN W. KIRSCH (SBN 166184)
6  DAVID H. WALLACE, *pro hac vice pending*
   DAVID A. MANCINO, *pro hac vice pending*
7  STEPHAN H. JETT, *pro hac vice pending*
   **TAFT, STETTINIUS & HOLLISTER, LLP**
8  425 Walnut Street, Suite 1800
   Cincinnati, OH 45202
9  Telephone: (513) 381-2838
   Facsimile: (513) 381-0205
10
11 Attorneys for Defendant
   TESSERON, LTD.

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELECTRONICS FOR IMAGING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TESSERON, LTD., <br><br> Defendant. | Case No. CV07-5534 RS <br><br> **NOTICE OF PENDENCY OF PREVIOUSLY FILED ACTION TRANSFER VENUE** |

Defendant Tesseron, Ltd., ("Tesseron") hereby gives notice that an action involving many of the same products, two of the same patents and all of the parties to this litigation was originally filed on September 26, 2007, and is pending in the United States District Court for the Northern District of Ohio, captioned *Tesseron, Ltd. v. Konica Minolta Business Solutions, U.S.A., Inc., et al.*, No. 1:07-cv-02947 (the "Ohio Action"). In the Ohio Action, Tesseron asserts patent-infringement claims against the Plaintiff here, Electronics for Imaging, Inc. ("EFI"), and two of EFI's downstream customers. EFI's request for declaratory judgment in this California action substantially mirrors and is redundant of a number of Tesseron's claims against EFI for patent infringement in the Ohio Action. The Complaint in the Ohio Action was originally asserted against one of EFI's downstream customers for infringement of each of the patents at issue in the California action relating to EFI's Digital Front Ends incorporated with Konica Minolta printing engines for variable data printing. EFI commenced this action for Declaratory Judgment in response to the Ohio Action. Tesseron recently amended the Ohio Action to incorporate EFI and another EFI downstream customer, Ricoh, to avoid judicial waste and inconsistent results from litigating the same issues in different courts simultaneously.

Tesseron is not subject to personal jurisdiction in California and, on December 10, 2007, filed a motion to dismiss on those grounds. Because of the overlapping nature of this action with the Ohio Action, however, Tesseron also has alternatively moved this Court to transfer this action to the Northern District of Ohio under 28 U.S.C. § 1404 in order to avoid conflicts, conserve resources, and promote an efficient determination of this action.

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP

Dated: December 11, 2007        By: _____
Ben Bedi
Jon Michaelson
Attorneys for Defendant

1

**NOTICE OF PENDENCY OF PREVIOUSLY FILED ACTION TRANSFER VENUE:**
Case No. CV07-5534 RS