1  JON MICHAELSON (SBN 83815)
   BEN BEDI (SBN 172591)
2  **KIRKPATRICK & LOCKHART PRESTON**
   **GATES ELLIS LLP**
3  630 Hansen Way
   Palo Alto, California  94304
4  Telephone: 650.798.6700
   Facsimile: 650.798.6701
5
   KEVIN W. KIRSCH  (SBN 166184)
6  DAVID H. WALLACE, *pro hac vice pending*
   DAVID A. MANCINO, *pro hac vice pending*
7  STEPHAN H. JETT, *pro hac vice pending*
   **TAFT, STETTINIUS & HOLLISTER, LLP**
8  425 Walnut Street, Suite 1800
   Cincinnati, OH  45202
9  Telephone: (513) 381-2838
   Facsimile: (513) 381-0205
10
   Attorneys for Defendant
11 TESSERON, LTD.

12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                        SAN JOSE DIVISION

16 ELECTRONICS FOR IMAGING, INC.,          Case No. CV07-5534 RS

17                 Plaintiff,              **DECLINATION TO PROCEED BEFORE A**
                                           **MAGISTRATE JUDGE**
18        vs.                              **AND**
                                           **REQUEST FOR REASSIGNMENT TO A**
19 TESSERON, LTD.,                         **UNITED STATES DISTRICT JUDGE**

20                 Defendant.

21

22

23

24

25

26

27

28

1    REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2    The undersigned party hereby declines to consent to the assignment of this case to a

3    United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this

4    case to a United States District Judge.

5

6

7    KIRKPATRICK & LOCKHART PRESTON
     GATES ELLIS LLP

8

9    Dated:  December 17, 2007          By: _____

10                                         Ben Bedi
                                           Jon Michaelson
11                                         Attorneys for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

1

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
**Case No. CV07-5534 RS**