# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ELECTRONICS FOR IMAGING, INC., | C 07-05534 RS |
| Plaintiff(s), | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| VS. | |
| TESSERON, LTD., | |
| Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference which was previously set for February 20, 2008 before the Honorable Judge Richard Seeborg has will not be held.

The parties are directed to contact the Courtroom Deputy of the newly assigned judge to re-notice Defendant's Motion to Dismiss on that Judge's calendar.

Dated: December 18, 2007        RICHARD W. WIEKING,
                                 Clerk of Court

                                 /s/_____
                                 Martha Parker Brown
                                 Deputy Clerk