**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
——————————
www.cand.uscourts.gov

Richard W. Wieking                                              General Court Number
Clerk                                                                        408.535.5364

**December 18, 2007**

**CASE NUMBER:  CV 07-05534 RS**
**CASE TITLE:  ELECTRONICS FOR IMAGING INC-v-TESSERON LTD.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.  Case

assigned to the **Honorable Charles R. Breyer** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 12/17/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                         Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                                   Entered in Computer 12/18/07 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                          Transferor CSA