1  Jon Michaelson (SBN 083815)
   Ben Bedi (SBN 172591)
2  **KIRKPATRICK & LOCKHART
   PRESTON GATES ELLIS LLP**
3  630 Hansen Way
   Palo Alto, CA 94304
4  Telephone: (650) 798-6700
   Facsimile: (650) 798-6701
5
   Kevin W. Kirsch (SBN 166184)
6  David H. Wallace, *pro hac vice pending*
   David A. Mancino, *pro hac vice pending*
7  Stephan H. Jett, *pro hac vice pending*
   **TAFT, STETTINIUS & HOLLISTER LLP**
8  425 Walnut Street, Suite 1800
   Cincinnati, OH 45202
9  Telephone: (513) 381-2838
   Facsimile: (513) 381-0205
10
   Attorneys for Defendant
11 TESSERON, LTD.

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                         SAN JOSE DIVISION

15

| ELECTRONICS FOR IMAGING, INC., | Case No. C07 5534 CRB |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT TESSERON, LTD.** |
| vs. | |
| TESSERON, LTD., | Date Action Filed: October 30, 2007 |
| Defendant. | Trial Date: Not set |

PL-18683 v1

1

NOTICE OF APPEARANCE OF COUNSEL, CASE NO. C07 5534 CRB

1  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE pursuant to the Civil Local Rules of Court and Section IV.C. of

3  General Order 45, of the appearance of counsel on behalf of Defendant Tesseron, Ltd.:

4  Jon Michaelson (SBN 083815)
   **KIRKPATRICK & LOCKHART**
5  **PRESTON GATES ELLIS LLP**
   630 Hansen Way
6  Palo Alto, CA  94304
   Telephone: (650) 798-6700
7  Facsimile: (650) 798-6701
   E-Mail:  jon.michaelson@klgates.com
8

9
                                    KIRKPATRICK & LOCKHART
10                                   PRESTON GATES ELLIS LLP

11

12  Dated: December 20, 2007        By: _____
                                    Jon Michaelson
13
                                    Attorneys for Defendant
14                                   Tesseron, Ltd.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
NOTICE OF APPEARANCE OF COUNSEL, CASE NO. C07-5534 CRB