1  RUSSELL B. HILL (State Bar No. 190070)
   JESSE D. MULHOLLAND (State Bar No. 222393)
2  ELIZABETH YANG (State Bar No. 249713)
   Howrey LLP
3  4 Park Plaza, Suite 1700
   Irvine, California 92614-8200
4  Telephone:  949/721-6900
   Facsimile:   949/721-6910
5  hillr@howrey.com
   mulhollandj@howrey.com
6  yange@howrey.com

7  Attorneys for Plaintiff
   ELECTRONICS FOR IMAGING, INC.
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | ELECTRONICS FOR IMAGING, INC.,        | No. 3:07-cv-5534 CRB
   | a Delaware corporation,               |
12 |                                       | **PLAINTIFF'S OPPOSITION TO NOTICE
   |            Plaintiff,                 | OF PENDENCY OF OTHER ACTION OR
13 |                                       | PROCEEDING**
   |       v.                              |
14 |                                       |
   | TESSERON, LTD., an Ohio limited liability |
15 | company,                              |
   |                                       |
16 |            Defendants.                |

1  The Northern District of California provides the most efficient forum to obtain a complete resolution between Tesseron, Ltd ("Tesseron"), Electronics for Imaging, Inc., ("EFI") and EFI's customers that Tesseron accuses of infringement. On September 26, 2007, Tesseron filed a Complaint in the Northern District of Ohio, captioned *Tesseron, Ltd., v. Konica Minolta Business Solutions, U.S.A., Inc., et al.,* No. 1:07-cv-02947, against one of EFI's customer Konica Minolta Business Technologies, Inc. ("K-M") alleging, inter alia, that K-M's products, which incorporate EFI's Fiery® print controllers, infringe one or more claims of the following U.S. Patents: U.S. Patent Nos. 5,729,665 ("the '665 patent"), 5,937,153 ("the '153 patent"), 6,209,010 B1 ("the '010 patent"), 6,381,028 B1 ("the '028 patent"), 6,487,568 B1 ("the '568 patent"), 6,599,325 B2 ("the '325 patent"), 6,687,016 B2 ("the '016 patent"), and 6,771,387 B2 ("the '387 patent"), collectively (the "patents-in-suit"). Tesseron based its accusations on the presence of EFI Fiery® print controllers in K-M's products.

On October 30, 2007, EFI, as the manufacturer of the accused print controllers which it sells to other original equipment manufacturers, filed the Complaint in the above-captioned action for declaratory judgment of non-infringement, invalidity and unenforceability of the patents-in-suit because Tesseron's continued accusations and threats created an uncertainty concerning EFI's and its downstream customers' future business. Over a month later, on December 6, 2007, Tesseron filed an Amended Complaint in the Northern District of Ohio Action adding EFI and Ricoh Company, Ltd. as Defendants but removing six of the eight of the patents-in-suit, thereby only alleging infringement of the '028 patent and the '387 patent.

EFI, as the manufacturer of the accused print controllers, and Tesseron, as the patent holder of the patents-in-suit, are the real parties of interest. This is the only action where all of the patents-in-suit are at issue. The Ohio action involves only two of the eight the patents-in-suit. Moreover, EFI is not subject to personal jurisdiction in Ohio and will accordingly move to dismiss on this ground.

1  On the other hand, Tesseron is subject to the jurisdiction of this Court. EFI will vigorously
2  oppose Tesseron's motion to dismiss for lack of personal jurisdiction or to transfer venue as this forum
3  provides the most appropriate forum to conserve resources and promote an efficient determination of
4  the action between the real parties of interest.

5  DATED: December 20, 2007                HOWREY LLP

6                                          Russell B. Hill
                                            Jesse D. Mulholland
7                                           Elizabeth Yang

8
                                            By:  _____/s/ Jesse D. Mulholland_____
9                                                    Jesse D. Mulholland
                                            Attorneys for Plaintiff
10                                          ELECTRONICS FOR IMAGING, INC.

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.:
COUNTY OF ORANGE         )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 4 Park Plaza, Suite 1700, Irvine, California 92614.

On December 20, 2007, I served on the interested parties in said action the within:

**PLAINTIFF'S OPPOSITION TO NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**

by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Irvine, California.

Kevin W. Kirsch
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
Facsimile No.: (513) 381-0205

☐ (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☒ (FACSIMILE) I caused the foregoing document to be served by facsimile transmission to each interested party at the facsimile machine telephone number shown as stated above.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on December 20, 2007, at Irvine, California.

_____Shawn Beem_____            _____(Signature)_____
(Type or print name)