1  JON MICHAELSON (SBN 83815)
   BEN BEDI (SBN 172591)
2  **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
3  630 Hansen Way
   Palo Alto, California 94304
4  Telephone: 650.798.6700
   Facsimile: 650.798.6701
5
   KEVIN W. KIRSCH (SBN 166184)
6  DAVID H. WALLACE, *pro hac vice pending*
   DAVID A. MANCINO, *pro hac vice pending*
7  STEPHAN H. JETT, *pro hac vice pending*
   **TAFT, STETTINIUS & HOLLISTER, LLP**
8  425 Walnut Street, Suite 1800
   Cincinnati, OH 45202
9  Telephone: (513) 381-2838
   Facsimile: (513) 381-0205
10
11 Attorneys for Defendant
   TESSERON, LTD.
12

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| ELECTRONICS FOR IMAGING, INC., | Case No. CV07-5534 |
|---|---|
| Plaintiff, | **RE-NOTICE OF MOTION AND MOTION OF TESSERON, LTD. TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE** |
| vs. | |
| TESSERON, LTD., | [Assigned to Honorable Charles R. Breyer] |
| Defendant. | |
| | Hearing Date:   February 1, 2008 |
| | Time:           10:00 a.m. |

1  PLEASE TAKE NOTICE that on December 10, 2007, Defendant Tesseron, Ltd. ("Tesseron") filed with the Court a Motion to Dismiss or, in the Alternative, to Transfer Venue. A hearing on this motion will be held on February 1 at 10:00 a.m. before the Honorable Charles R. Breyer.

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, Tesseron moves the Court to dismiss the instant matter for lack of personal jurisdiction. In the alternative, Tesseron requests that the Court transfer this matter to the United States District Court for the Northern District of Ohio pursuant to 28 U.S.C. § 1404(a). The previously filed motion is supported by a Memorandum of Points and Authorities and by a Declaration of Forrest Gauthier.

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Dated: December 20, 2007         By: _____
                                      Ben Bedi
                                      Jon Michaelson
                                      Attorneys for Defendant