UNITED STATES DISTRICT COURT

Northern District of California

ELECTRONICS FOR IMAGING, INC.,

                        Plaintiff(s),

    v.

TESSERON, LTD.,

                        Defendant(s).

CASE NO. CV07-5534 RS

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

David H. Wallace, an active member in good standing of the bar of Ohio, whose business address and telephone number (particular court to which applicant is admitted) is

Taft Stettinius & Hollister LLP       Telephone: 216-241-2838
200 Public Square, Suite 3500
Cleveland, Ohio 44114

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Tesseron, Ltd.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: DEC 27 2007

United States Magistrate Judge
Charles R. Breyer