1  RUSSELL B. HILL (State Bar No. 190070)
   JESSE D. MULHOLLAND (State Bar No. 222393)
2  ELIZABETH YANG (State Bar No. 249713)
   Howrey LLP
3  4 Park Plaza, Suite 1700
   Irvine, California 92614-8200
4  Telephone:  949/721-6900
   Facsimile:   949/721-6910
5  hillr@howrey.com
   mulhollandj@howrey.com
6  yange@howrey.com

7  Attorneys for Plaintiff
   ELECTRONICS FOR IMAGING, INC.
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| ELECTRONICS FOR IMAGING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TESSERON, LTD., an Ohio limited liability company,<br><br>Defendants. | No.  C-07-5534-RS<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**<br><br>Date:  February 1, 2008<br>Time:  10:00 a.m.<br>Judge:  Hon. Charles R. Breyer |

CASE NO.: C-07-5534-RS

1  This matter came on for hearing before this Court pursuant to Defendant Tesseron Ltd.'s
2  Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, Motion to Transfer Venue.
3  Appearances on behalf of the parties in this action were as noted on the record.

After fully considering the pleadings submitted by the parties, the arguments of counsel, all of the files and proceedings herein,

IT IS HEREBY ORDERED that:

Defendant Tesseron Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, Motion to Transfer Venue is DENIED.

Dated: _____, 2008        BY THE COURT

_____
Honorable Charles R. Breyer
United States District Court Judge