1  Russell B. Hill (SBN 190070)
   Jesse D. Mulholland (SBN 222393)
2  Elizabeth Yang (SBN 249713)
   HOWREY LLP
3  4 Park Plaza, Suite 1700
4  Irvine, California 92614-8200
   Tel.: (949) 721-6900
5  Fax.: (949) 721-6910
   hillr@howrey.com
6  mulhollandj@howrey.com
7  yange@howrey.com

8  Attorneys for Plaintiff
   ELECTRONICS FOR IMAGING, INC.
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  ELECTRONICS FOR IMAGING, INC., a       ) Case No. 3:07-CV-5534 CRB
    Delaware corporation,                  )
14                                         ) **DECLARATION OF JAMES L.**
                  Plaintiff,               ) **ETHERIDGE IN SUPPORT OF EFI'S**
15                                         ) **OPPOSITION TO TESSERON'S MOTION**
           vs.                             ) **TO DISMISS OR, IN THE ALTERNATIVE,**
16                                         ) **TO TRANSFER VENUE**
    TESSERON, LTD., an Ohio limited liability )
17  company,                               ) Date:  February 1, 2008
                                           ) Time:  10:00 a.m.
18                Defendant.                ) Judge: Hon. Charles R. Breyer
                                           )
19

20

21

22

23

24

25

26

27

28

HOWREY LLP

I, James L. Etheridge, declare as follows:

1. I am Vice President of Strategic Relations and General Counsel for Electronics for Imaging, Inc. ("EFI"). I have been an employee of EFI since 1995. I am an attorney at law duly admitted to practice before this Court, as well as the United States Patent and Trademark Office. Unless indicated otherwise, I have personal knowledge of the facts set forth in this Declaration.

2. In 2005, Tesseron Ltd. ("Tesseron") sent a letter to EFI, informing EFI that it had recently filed suit against Xerox and GMC for patent infringement in the United States District Court for the Northern District of Ohio. Tesseron also threatened that EFI should negotiate a license because, depending on how the litigation against Xerox and GMC progressed, Tesseron could decide that it would be better served enforcing its rights through litigation.

3. On April 6, 2005, I sent a letter requesting that Tesseron send copies of relevant patents, file histories, and any other documents that would show how Tesseron's patents relate to EFI's products. Tesseron never responded.

4. On January 19, 2007, I sent another letter to Tesseron requesting information regarding how EFI products related to Tesseron's patents. Again, Tesseron never responded.

5. Tesseron sent letters alleging patent infringement to many of EFI's customers including Ricoh Company, Ltd. and Konica Minolta Business Technologies, Inc.

6. Ricoh Company, Ltd. and Konica Minolta Business Technologies, Inc. have demanded that EFI indemnify them against Tesseron's claims.

7. EFI's world headquarters' and principal place of business is located in Foster City, California.

8. EFI employs almost 500 engineers and other highly skilled workers in Foster City.

9. All of EFI's variable data printing solutions are developed and supported at EFI's headquarters in Foster City and all of the relevant engineers are in Foster City.

10. All of EFI's relevant documentation and witnesses regarding the development, structure, function and operation of its variable data printing products are also located in Foster City. These materials include EFI's source code database, engineering documentation, financial data, intellectual property records, sales documentation, marketing documentation and user documentation.

HOWREY LLP

-1-    DECLARATION OF JAMES L. ETHERIDGE IN
SUPPORT OF EFI'S OPPOSITION TO TESSERON'S
MOTION TO DISMISS OR TRANSFER VENUE
CASE NO.: C-07-5534-RS

11. Forcing a number of EFI's key technology workers to travel to Ohio would not only be costly, but would negatively impact EFI's business by their absence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11 day of January 2008, at Foster City, CA

_____
James L. Etheridge

HOWREY LLP

-2-   DECLARATION OF JAMES L. ETHERIDGE IN SUPPORT OF EFI'S OPPOSITION TO TESSERON'S MOTION TO DISMISS OR TRANSFER VENUE
CASE NO.: C-07-5534-RS