Russell B. Hill (SBN 190070)
Jesse D. Mulholland (SBN 222393)
Elizabeth Yang (SBN 249713)
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, California 92614-8200
Tel.: (949) 721-6900
Fax.: (949) 721-6910
hillr@howrey.com
mulhollandj@howrey.com
yange@howrey.com

Attorneys for Plaintiff
ELECTRONICS FOR IMAGING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONICS FOR IMAGING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TESSERON, LTD., an Ohio limited liability company,<br><br>Defendant. | Case No. 3:07-CV-5534 CRB<br><br>**DECLARATION OF MARK L. BLAKE IN SUPPORT OF EFI'S OPPOSITION TO TESSERON LTD.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**<br><br>Date: February 1, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Charles R. Breyer |

HOWREY LLP

DECLARATION OF MARK L.BLAKE IN SUPPORT
OF EFI'S OPPOSITION TO TESSERON'S MOTION
TO DISMISS OR TRANSFER VENUE
CASE NO.: C-07-5534-RS

I, Mark L. Blake, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California. I am an associate at the law firm of Howrey LLP, counsel for Electronics For Imaging Inc. ("EFI") in this action. Unless indicated otherwise, I have personal knowledge of the facts set forth in this Declaration.

2. Attached as Exhibit A is a true and correct copy of the website http://www.vlogix.com/abt_management.htm.

3. Attached as Exhibit B is a true and correct copy of the website http://www.vlogix.com/abt_index.htm.

4. Attached as Exhibit C is a true and correct copy of the website http://www.vlogix.com/new_article_070101.htm.

5. Attached as Exhibit D is a true and correct copy of the website http://www.vlogix.com/abt_index.htm from December 15, 2001. This web page was found at an internet archiving website at the following URL, http://web.archive.org/web/20011215051451/http://vlogix.com/abt_index.htm. This page can be retrieved by visiting www.archive.org and entering "www.vlogix.com/abt_index.htm" into the "Wayback Machine" search bar. At the following screen, select the December 15, 2001 date.

6. Attached as Exhibit E is a true and correct copy of the website www.tesseron.net from May 21, 2001. This web page was found at an internet archiving website at the following URL, http://web.archive.org/web/20010521194234/http://www.tesseron.net/. This page can be retrieved by visiting www.archive.org and entering "www.tesseron.net" into the "Wayback Machine" search bar. At the following screen, select the May 21, 2001 date.

7. Attached as Exhibit F is a true and correct copy of relevant portions of Forrest Gauthier's deposition in *Tesseron Ltd. v. Xerox Corp.*, Case No. 1:04CV2164, dated April 5, 2006.

8. Attached as Exhibit G is a true and correct copy of the California corporate record for Silicon Valley Bank. This page was found by going to the California Secretary of State website and searching for "Silicon Valley Bank" under business records at http://kepler.sos.ca.gov/list.html.

HOWREY LLP

-1-   DECLARATION OF MARK L. BLAKE IN SUPPORT
OF EFI'S OPPOSITION TO TESSERON'S MOTION
TO DISMISS OR TRANSFER VENUE
CASE NO.: C-07-5534-RS

9. Attached as Exhibit H is a true and correct copy of the information regarding the registration of www.vlogix.com. This page can be retrieved by visiting http://www.networksolutions.com/whois/index.jsp and entering "vlogix.com" into the search bar.

10. Attached as Exhibit I is a true and correct copy of *'Yes, We're A Printing Show,' Declares Seybold As Print TechnologiesMark San Francisco Event*, Printing News, September 21, 1998.

11. Attached as Exhibit J is a true and correct copy of the George Lithograph case study found by visiting the following URL: http://files.oceusa.com/media/Assets/PDFs/ProductRelated/ProductionPrinting/VoiceOfOurCustomers/GeorgeLitho_v1_m56577569830473930.pdf.

12. Attached as Exhibit K is a true and correct copy of the web pages found at www.rrd.com/wwwRRD/AboutUs/Locations/Locations.asp from December 29, 2006. These web pages were found at an internet archiving website at the following URLs:

- http://web.archive.org/web/20061229204156/www.rrd.com/wwwRRD/AboutUs/Locations/Direct.asp
- http://web.archive.org/web/20061010200352/www.rrd.com/wwwRRD/AboutUs/Locations/Labels.asp
- http://web.archive.org/web/20060927065438/www.rrd.com/wwwRRD/AboutUs/Locations/Premedia.asp
- http://web.archive.org/web/20060925064220/www.rrd.com/wwwRRD/AboutUs/Locations/DistributionFulfillment.asp
- http://web.archive.org/web/20060925063706/www.rrd.com/wwwRRD/AboutUs/Locations/CommercialPrint.asp

These pages can be retrieved by visiting www.archive.org and entering "www.rrd.com/wwwRRD/AboutUs/Locations/Locations.asp" into the "Wayback Machine" search bar. At the following screen, select the December 29, 2006 date.

13. Attached as Exhibit L is a true and correct copy of *VariScript solution breaks production variable data printing barrier*, M2 Presswire, September 14, 1999.

14. Attached as Exhibit M is a true and correct copy of the website http://www.vlogix.com/new_archive_091099.htm.

HOWREY LLP

-2- DECLARATION OF MARK L. BLAKE IN SUPPORT
OF EFI'S OPPOSITION TO TESSERON'S MOTION
TO DISMISS OR TRANSFER VENUE
CASE NO.: C-07-5534-RS

15. Attached as Exhibit N is a true and correct copy of the website http://www.ugs.calpoly.edu/dept/webpp.html, showing the use of the Xeikon DCP/50D (which utilizes the VariScript solution).

16. Attached as Exhibit O is a true and correct copy of the public record person locator results for Forrest Gauthier.

17. Attached as Exhibit P is a true and correct copy of Tesseron Ltd.'s Complaint filed in the Northern District of Ohio, Case No. 1:07CV2947.

18. Attached as Exhibit Q is a true and correct copy of Tesseron Ltd.'s Amended Complaint filed in the Northern District of Ohio, Case No. 1:07CV2947.

19. Attached as Exhibit R is a true and correct copy of the website www.variscorp.com from March 31, 2002. This web page was found at an internet archiving website at the following URL, http://web.archive.org/web/20020331014049/http://variscorp.com/. This page can be retrieved by visiting www.archive.org and entering "www.variscorp.com" into the "Wayback Machine" search bar. At the following screen, select the March 31, 2002 date.

20. Attached as Exhibit S is a true and correct copy of the information regarding the registration of www.tesseron.net. This page can be retrieved by visiting http://www.networksolutions.com/whois/index.jsp and entering "tesseron.net" into the search bar.

21. Attached as Exhibit T is a true and correct copy of Tesseron Ltd.'s articles of incorporation obtained by searching for Tesseron in the Ohio business filings at http://www2.sos.state.oh.us/pls/portal/PORTAL_BS.BS_QRY_BUS_INFORMATION1.SHOW_PARMS.

22. I have contacted the property manager for the building at 394 Wards Corner, Cincinnati, Ohio 45140 and confirmed that vLogix is not currently occupying suite 150.

23. Attached as Exhibit U is a true and correct copy of Inc. Jet Aviation Ltd.'s amended articles of organization obtained by searching for Jet Aviation in the Ohio business filings at http://www2.sos.state.oh.us/pls/portal/PORTAL_BS.BS_QRY_BUS_INFORMATION1.SHOW_PARMS.

24. Attached as Exhibit V is a true and correct copy of the judicial caseload profile for the Northern District of California found by going to www.uscourts.gov/cgi-bin/cmsd2006.pl and selecting "California Northern" from the drop down list.

25. Attached as Exhibit W is a true and correct copy of the judicial caseload profile for the Northern District of Ohio found by going to www.uscourts.gov/cgi-bin/cmsd2006.pl and selecting "Ohio Northern" from the drop down list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of January 2008, at Irvine, California.

_____
Mark L. Blake