# Exhibit A

# vLogix

products   solutions   news & events   about us

**About Us**
> Overview
> Management Team
> Careers
> Investors
> Contact

## Management Team



**Forrest P. Gauthier, Chairman & CEO**
Forrest P. Gauthier, the company's founder, has been a recognized pioneer in the printing industry for the past quarter century.

Prior to founding vLogix, he was founder and CEO of a company which invested 10 years and $22 million of embedded development costs to patent VariScript technology as well as many other variable printing technology patents that are today owned and licensed through his holding company Tesseron Ltd.

Mr. Gauthier was also founder and CEO of NBS/Anser where he developed printing technologies for Xerox, Bell & Howell, British American Bank Note, Carvajal S.A., Coopers & Lybrand, R. R. Donnelley, John H. Harland, Moore Business Forms, National Westminster Bank, Standard Register, Strålfors AB, UARCO, US Bank Note, Wallace Computer Services, and Webcraft. He received England's prestigious Queen's Award For Technical Excellence in 1986.

© 2002 vLogix, Inc. All rights reserved.