Exhibit C



products   solutions   news & events   about us

08.23.01

| News & Events |
| --- |
| > News |
| > Events |

**News**

**07.01.01 vLogix, Inc. purchases VariScript assets**

On July 1, 2001, vLogix, Inc. began operations after purchasing the entire assets of the VariScript product line. vLogix will provide technical support and customer services for the VariScript suite of variable printing products. In addition to supporting customers, vLogix, located in Cincinnati, Ohio, USA, plans to aggressively develop variable printing technologies in order to expand applications and markets for VariScript.

vLogix can be contacted at www.vLogix.com or +1 513.274.4000.

© 2002 vLogix, Inc. All rights reserved.