# Exhibit D

products    solutions    news & events    about us

**About Us**
- > Overview
- > Management Team
- > Careers
- > Investors
- > Contact

"With its unmatched design flexibility and speed, VariScript enables commercial printers to offer the next generation of high-volume, variable data solutions -- individualized target marketing for maximum impact." — *Alfons Buts, President/CEO, Xeikon.*

## Overview

vLogix offers advanced and innovative digital printing solutions for professional printers. Our VariScript systems are a powerful enabling technology that produces high-volume, variable pages from data generated in common word processing and desktop publishing programs, and ripping those pages on the fly to existing digital print engines.

In July 2001 vLogix assumed all ongoing operations of Varis Corporation, the original developer of the VariScript system.

**Applications**
Today our systems print more than 45 million variable documents each day on industrial print systems by Delphax, Nipson, Océ, Scitex, Toray, Marconi/Videojet, and Xeikon for direct mail, ticket, tag & label, 1:1 promotional printing, and transaction printing.

**Markets**
vLogix's target markets are OEMs who will market the product under their own names, distributors who customers have printers that can upgrade to VariScript or who can co-market the technology to customers buying new printers, and direct sales to industrial printers including print for profit and print-on-demand firms.

**Customer Applications**
Wallace Computer Services prints business forms and labels for packages and consumer products. VariScript is used for conventional bar codes and business forms, direct mail including print-on-demand documents and booklets, variable data for the labeling industry, and fulfillment applications. The company serves the manufacturing, retail, health care, and financial services industries through facilities in more than 20 states.

George, Inc. is one of the oldest and largest printers in Northern California. George uses VariScript for their coupon application run on Océ's DemandStream 6060.

Group Joos, Belgium, looked to VariScript and Xeikon for a 100% security proof ticketing solution that would also assist the Euro 2000 organizers in Rotterdam, Holland, manage the flow of supporters for the tournament. The VariScript/Xeikon solution printed all variable elements such as name of the visitor, seating place, picture of the stadium, plan of stadium, color codes for parking and seating directions, tracking codes, etc. and, after printing, tickets were automatically inserted into envelopes together with a personalized letter containing the delivery details of the tickets. The total job exists of 1.2 million tickets with databases varying from 16,000 to 32,000 tickets.

Copyright © 2001 vLogix, Inc. All rights reserved.