# Exhibit E

Tesseron Ltd.
3116-C Montgomery Road
Cincinnati, Ohio 45039
513.702.6576 voice
561.365.3221 Fax

## Public Auction

Tesseron Ltd. intends to conduct a party sale of the assets of Varis Corporation at a sealed bid public auction on April 27, 2001. Only sealed bids will be accepted and must be received by Tesseron no later than April 24, 2001 at this address:

Tesseron Ltd.
3116-C Montgomery Road
Cincinnati, OH 45039

Assets may be viewed by appointment on March 21st, 28th or April 4th, 2001 in Springdale, Ohio. To schedule a viewing appointment, please call (513) 702-6576.

Unaudited lists of assets are available by written request to the above address, by email to info@tesseron.net or may be obtained here on this web site. Adobe® Acrobat® Reader™ is required to view these files. If you do not have a version of Acrobat Reader already, you can download a free copy. Click here for Adobe Acrobat Reader.

To obtain the lists of assets in pdf format, click here for ASSET LISTS.

Copyright © 2001 Tesseron Ltd.
All Rights Reserved