Exhibit F

Page 1

```
 1                UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3
     TESSERON, LTD.,                  )
 4                                    )
                  PLAINTIFF,          )  CASE NO. 1:04CV2164
 5   VS.                              )  JUDGE KATHLEEN M.
                                      )  O'MALLEY
 6   XEROX CORPORATION,               )  MAGISTRATE JUDGE
                                      )  PATRICIA A. HEMANN
 7                DEFENDANT.          )
                                      )
 8
                          - - - - -
 9         THE DEPOSITION OF FORREST GAUTHIER
               WEDNESDAY, APRIL 5, 2006
10                     VOLUME I
                          - - - - -
11
12        THE VIDEOTAPE DEPOSITION OF FORREST GAUTHIER,
13   CALLED BY THE DEFENDANT FOR EXAMINATION PURSUANT TO
14   THE OHIO RULES OF CIVIL PROCEDURE, TAKEN BEFORE ME,
15   THE UNDERSIGNED, CHARLES A. CADY, REGISTERED MERIT
16   REPORTER AND NOTARY PUBLIC WITHIN AND FOR THE STATE
17   OF OHIO, TAKEN AT THE OFFICES OF FAY, SHARPE,
18   FAGAN, MINNICH & MCKEE, LLP, 1100 SUPERIOR AVENUE,
19   SUITE 700, CLEVELAND, OHIO, COMMENCING AT
20   9:07 A.M., THE DAY AND DATE ABOVE SET FORTH.
21
22
23
24
25
```

```
 1     APPEARANCES:
 2
 3           ON BEHALF OF THE PLAINTIFF:
 4             PETER M. POULOS, ESQ.
               DAVID H. WALLACE, ESQ.
 5             TAFT STETTINIUS & HOLLISTER, LLP
               3500 BP TOWER
 6             200 PUBLIC SQUARE
               CLEVELAND, OHIO 44114-2302
 7
               DAVID A. MANCINO, ESQ.
 8             RYAN M. BEDNARCZUK, ESQ.
               TAFT STETTINIUS & HOLLISTER, LLP
 9             425 WALNUT STREET
               SUITE 1800
10             CINCINNATI, OHIO 20004-2402
11
12           ON BEHALF OF XEROX CORPORATION:
13             JOSEPH P. LAVELLE, ESQ.
               JENNIFER L. DZWONCZYK, ESQ.
14             HOWREY LLP
               1299 PENNSYLVANIA AVENUE, NORTHWEST
15             WASHINGTON, D.C. 20004-2402
16             LOUIS S. FABER, ESQ.
               XEROX CORPORATION
17             XEROX SQUARE 20A
               100 CLINTON AVENUE SOUTH
18             ROCHESTER, NEW YORK 14644
19
20
21
22
23
24
25
```

Page 4

```
 1              THE VIDEOGRAPHER: WE'RE ON THE
 2      RECORD AT 9:07:07.
 3
 4                 FORREST GAUTHIER
 5   OF LAWFUL AGE, CALLED BY THE PLAINTIFF FOR
 6   EXAMINATION PURSUANT TO THE OHIO RULES OF CIVIL
 7   PROCEDURE, HAVING BEEN FIRST DULY SWORN, AS
 8   HEREINAFTER CERTIFIED, WAS EXAMINED AND TESTIFIED
 9   AS FOLLOWS:
10            EXAMINATION OF FORREST GAUTHIER
11   BY MR. LAVELLE:
12   Q   GOOD MORNING, MR. GAUTHIER.  MY NAME IS JOE
13       LAVELLE.  WE'VE MET BEFORE?
14   A   UH-HUH.
15   Q   I REPRESENT XEROX.
16            I'M GOING TO BE ASKING YOU QUESTIONS FOR
17       SOME TIME HERE TODAY AND TOMORROW.  IF YOU
18       DON'T UNDERSTAND MY QUESTION, STOP ME AND TELL
19       ME YOU DON'T UNDERSTAND IT AND I'LL TRY AND
20       CLARIFY IT.
21            FAIR ENOUGH?
22   A   OKAY.
23   Q   WHO DO YOU WORK FOR TODAY, SIR?
24   A   I WORK FOR TESSERON, LTD.
25   Q   ALL RIGHT.  WHAT'S YOUR POSITION AT TESSERON,
```

Page 5

```
 1        LTD.?
 2   A    I AM THE SOLE MEMBER.
 3   Q    OKAY.  ARE YOU EMPLOYED BY ANY OTHER ENTITIES
 4        OTHER THAN TESSERON, LTD.?
 5   A    NO.
 6   Q    OKAY.  WHAT IS TESSERON, LTD.?
 7   A    IT'S AN LLC, AN OHIO LLC.
 8   Q    OKAY.  AND DID YOU FORM THE LLC?
 9   A    YES.
10   Q    WHEN DID YOU DO THAT?
11   A    IN 2000.
12   Q    ARE THERE ANY PARTNERS IN THE LLC OTHER THAN
13        YOU?
14   A    IT'S A SINGLE-MEMBER LLC.
15   Q    AND TESSERON, LTD., OWNS THE PATENTS-IN-SUIT;
16        IS THAT CORRECT?
17   A    YES.
18   Q    DOES TESSERON, LTD., OWN ANY OTHER ASSETS OTHER
19        THAN THE PATENTS-IN-SUIT?
20   A    NO.
21   Q    YOU HAVE PATENTS OTHER THAN THE ONES THAT --
22        LET ME STRIKE THAT.
23            YOU'RE IDENTIFIED AS THE INVENTOR ON
24        PATENTS OTHER THAN THE PATENTS-IN-SUIT,
25        CORRECT?
```

```
 1    Q    OKAY.  DID YOU LEAVE BRIDGE AT SOME POINT?
 2    A    YES.
 3    Q    DO YOU RECALL APPROXIMATELY WHEN?
 4    A    1990.
 5    Q    WHAT WAS YOUR NEXT JOB OR NEXT POSITION?
 6    A    I WORKED FOR A COMPANY PRINT RESEARCH
 7         TECHNOLOGIES.
 8    Q    WHERE WERE THEY?
 9    A    IN SANTA ANA, CALIFORNIA.
10    Q    OKAY.  NOW, YOU SAID WHILE YOU WERE AT BRIDGE,
11         YOU STARTED DEVELOPING A NEW ELECTRONIC
12         PRINTING SYSTEM?
13    A    YES.
14    Q    WHAT ARE YOU REFERRING TO?
15    A    THAT HAS ULTIMATELY BECAME THE VARIS LINE OF
16         PRINTERS.
17    Q    AND WHAT WERE YOU DOING IN '88 OR '89 THAT WAS
18         RELEVANT TO WHAT BECAME THE VARIS LINE OF
19         PRINTERS?
20    A    RESEARCHING OUT LANGUAGES AND METHODS.
21    Q    ALL RIGHT.  I PROMISE TO COME BACK TO THAT, BUT
22         LET ME FINISH UP GETTING YOUR WORK HISTORY.
23              IN 1990, ABOUT, YOU LEFT BRIDGE AND MOVED
24         BACK TO THE STATES AND SETTLED IN SANTA ANA?
25    A    NO.  I SETTLED IN CINCINNATI.
```

```
1    Q    IN CINCINNATI.  OKAY.
2              AND YOU WERE WORKING FOR PRINT RESEARCH
3         TECHNOLOGIES?
4    A    THAT'S CORRECT.
5    Q    WERE YOU AN EMPLOYEE OR A CONTRACTOR OR WHAT
6         WAS YOUR STATUS?
7    A    A CONSULTANT.
8    Q    SO YOU WERE PRIVATELY EMPLOYED IN DOING
9         CONSULTING WORK FOR PRINT RESEARCH?
10   A    YES.
11   Q    OKAY.  WERE YOU WORKING FOR ANY OTHER CLIENTS
12        AT THIS TIME?
13   A    NO.
14   Q    OKAY.  WHAT WERE YOU DOING FOR PRINT RESEARCH?
15   A    WORKING ON THE NEW CONTROLLER AND THE NEW PRINT
16        SYSTEM.
17   Q    THE ONE THAT YOU STARTED THINKING ABOUT WHILE
18        YOU WERE IN KOREA?
19   A    THAT'S CORRECT.
20   Q    OKAY.  AND WAS PRINT RESEARCH PAYING YOU TO DO
21        THIS DEVELOPMENT WORK?
22   A    YES.
23   Q    HOW DID YOU GET HOOKED UP WITH PRINT RESEARCH?
24   A    THEY CONTACTED ME.
25   Q    OKAY.  HOW DID THEY KNOW WHAT YOU WERE DOING?
```

Page 60

```
 1   Q   WHO IS THAT?
 2   A   MATT BURKHART.
 3   Q   ARE YOU A SHAREHOLDER IN VLOGIX?
 4   A   YES.
 5   Q   DO YOU KNOW APPROXIMATELY HOW MUCH YOU OWN?
 6   A   YES.
 7   Q   HOW MUCH?
 8   A   100 PERCENT.
 9   Q   ARE YOU CHAIRMAN OF THE BOARD?
10   A   THERE ISN'T A BOARD.
11   Q   THERE ISN'T A BOARD?
12           DO YOU GENERATE REVENUE FROM THE
13       MANUFACTURING, SUPPORT, AND SERVICES RENDERED
14       BY VLOGIX?
15   A   YES.
16   Q   IS THERE A LICENSE BETWEEN TESSERON AND VLOGIX?
17   A   YES.
18   Q   I'M SORRY.  IS THERE A PATENT LICENSE BETWEEN
19       TESSERON AND VLOGIX?
20   A   YES.
21   Q   DOES THAT PATENT LICENSE HAVE A RUNNING ROYALTY
22       IN IT?
23   A   THERE IS A FEE SCHEDULE, YES.
24   Q   A FEE SCHEDULE.  OKAY.
25           HOW DOES -- DO YOU RECALL HOW -- THE
```

Page 247

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3
    TESSERON, LTD.,                    )
 4                                     )
              PLAINTIFF,               )
 5   VS.                               ) CASE NO. 1:04CV2164
                                       ) JUDGE KATHLEEN M.
 6   XEROX CORPORATION,                ) O'MALLEY,
                                       ) MAGISTRATE JUDGE
 7            DEFENDANT.               ) PATRICIA A. HEMANN
                                       )
 8
                         - - - - -
 9         THE DEPOSITION OF FORREST GAUTHIER
               THURSDAY, APRIL 6, 2006
10                     VOLUME II
                         - - - - -
11
12       THE VIDEOTAPE DEPOSITION OF FORREST GAUTHIER,
13   CALLED BY THE DEFENDANT FOR EXAMINATION PURSUANT TO
14   THE OHIO RULES OF CIVIL PROCEDURE, TAKEN BEFORE ME,
15   THE UNDERSIGNED, CHARLES A. CADY, REGISTERED MERIT
16   REPORTER AND NOTARY PUBLIC WITHIN AND FOR THE STATE
17   OF OHIO, TAKEN AT THE OFFICES OF FAY, SHARPE,
18   FAGAN, MINNICH & MCKEE, LLP, 1100 SUPERIOR AVENUE,
19   SUITE 700, CLEVELAND, OHIO, COMMENCING AT
20   9:01 A.M., THE DAY AND DATE ABOVE SET FORTH.
21
22
23
24
25
```

```
 1    APPEARANCES:
 2
 3           ON BEHALF OF THE PLAINTIFF:
 4               PETER M. POULOS, ESQ.
                 DAVID H. WALLACE, ESQ.
 5               TAFT STETTINIUS & HOLLISTER, LLP
                 3500 BP TOWER
 6               200 PUBLIC SQUARE
                 CLEVELAND, OHIO 44114-2302
 7
                 DAVID A. MANCINO, ESQ.
 8               RYAN M. BEDNARCZUK, ESQ.
                 TAFT STETTINIUS & HOLLISTER, LLP
 9               425 WALNUT STREET
                 SUITE 1800
10               CINCINNATI, OHIO 20004-2402
11
12           ON BEHALF OF XEROX CORPORATION:
13               JOSEPH P. LAVELLE, ESQ.
                 JENNIFER L. DZWONCZYK, ESQ.
14               HOWREY LLP
                 1299 PENNSYLVANIA AVENUE, NORTHWEST
15               WASHINGTON, D.C. 20004-2402
16               LOUIS S. FABER, ESQ.
                 XEROX CORPORATION
17               XEROX SQUARE 20A
                 100 CLINTON AVENUE SOUTH
18               ROCHESTER, NEW YORK 14644
19
20
21
22
23
24
25
```

```
                                                      Page 250
 1              THE VIDEOGRAPHER: WE'RE ON THE
 2      RECORD AT 9:01:04.
 3                     FORREST GAUTHIER
 4      OF LAWFUL AGE, CALLED BY THE DEFENDANT FOR
 5      EXAMINATION PURSUANT TO THE OHIO RULES OF CIVIL
 6      PROCEDURE, HAVING BEEN PREVIOUSLY DULY SWORN, AS
 7      HEREINAFTER CERTIFIED, WAS EXAMINED AND TESTIFIED
 8      AS FOLLOWS:
 9          CONTINUED EXAMINATION OF FORREST GAUTHIER
10      BY MR. LAVELLE:
11  Q   GOOD MORNING, MR. GAUTHIER.
12  A   GOOD MORNING.
13  Q   SIR, DID YOU ASSIST IN THE PREPARATION OF
14      TESSERON'S INFRINGEMENT CONTENTIONS THAT WERE
15      PROVIDED TO US IN THE INTERROGATORY ANSWER?
16  A   DO YOU HAVE A COPY OF THAT THAT I CAN LOOK AT?
17  Q   YES, ABSOLUTELY.
18              MR. POULOS:        THIS IS 20?
19              MS. DZWONCZYK:      YES.
20              MR. LAVELLE:        I'M GOING TO
21      MARK AS EXHIBIT NUMBER 20 A PLEADING ENTITLED,
22      "SUPPLEMENTAL RESPONSE TO DEFENDANT'S FIRST SET
23      OF INTERROGATORIES."
24                       - - - - -
25
```

Page 347

```
 1   Q   I THINK THE ENTITIES THAT I HAVE IN MY MIND ARE
 2       CINCINNATI PRINT, VARIS, VLOGIX, TESSERON, I
 3       THINK THAT'S IT.
 4   A   IMAGE SCIENCES.
 5   Q   I'M SORRY.  LET ME JUST START OVER.  I WANT TO
 6       JUST FOCUS ON THE PATENTS-IN-SUIT AND THE
 7       FAMILIES-IN-SUIT AND NOT ANYTHING YOU DID
 8       EARLIER --
 9   A   UH-HUH.
10   Q   -- WITH RESPECT TO THE PATENTS-IN-SUIT.  OKAY?
11   A   OKAY.
12   Q   AND THOSE FAMILIES, HAS ANY ENTITY HELD TITLE
13       TO THOSE PATENTS OTHER THAN TESSERON AND VARIS
14       CORP?
15   A   AGAIN, I'D HAVE TO LOOK IN THE DOCUMENTS AND
16       REFRESH MY MIND, YOU KNOW, TO THE EXACT.  BUT
17       IT WOULD BE THE FAMILY OF COMPANIES:  VARIS,
18       THE ASSIGNMENT TO SILICON VALLEY BANK,
19       TESSERON.  THAT WOULD BE THE ESSENCE.
20   Q   OKAY.  MY UNDERSTANDING OF WHAT WE LOOKED AT
21       YESTERDAY IS THE TITLE TO THE PATENTS WAS
22       TRANSFERRED FROM VARIS CORP TO TESSERON IN THAT
23       BILL OF SALE WE LOOKED AT YESTERDAY?
24   A   THAT'S CORRECT.
25   Q   OKAY.  AND THAT SILICON VALLEY BANK HAD A
```

Page 348

```
 1        MORTGAGE INTEREST IN SOME OF THE PATENTS,
 2        CORRECT?
 3   A    YES.
 4   Q    ALL RIGHT.  OTHER THAN SILICON VALLEY BANK, DID
 5        ANY OTHER ENTITIES HAVE ANY MORTGAGE INTEREST
 6        OR OTHER INTEREST IN THE PATENTS-IN-SUIT?
 7             MR. POULOS:        OBJECT.
 8   A    NOT --
 9             MR. POULOS:        OBJECTION TO
10        THE EXTENT IT YOU CALLS FOR A LEGAL CONCLUSION.
11           GO AHEAD.
12   A    NOT TO MY KNOWLEDGE.
13   Q    THANK YOU, SIR.
14   A    I WOULD ALSO, IF POSSIBLE, LIKE TO MAKE A
15        CLARIFICATION OF A PREVIOUS QUESTION.
16   Q    GO AHEAD.
17   A    WHEN ASKED ABOUT DIMITRI JOVIK, I HAVE SPOKEN
18        TO DIMITRI JOVIK THAT THERE IS LITIGATION IN
19        PROCESS.
20   Q    OKAY.  WHEN DID YOU DO THAT?
21   A    THAT WOULD HAVE BEEN OVER THE LAST SEVERAL
22        YEARS.
23   Q    OKAY.  WHAT DID YOU TELL HIM AND WHAT DID HE
24        TELL YOU?
25   A    I HAD JUST SPOKEN TO HIM THAT WE ARE IN
```