Exhibit K

# RR DONNELLEY

SEGMENTS | SERVICES | TOOLS | NEWS | INVESTORS | CAREERS | ABOUT US | FAQ

DESKTOP LOGIN | GO

**ABOUT US**
← back to Home
Awards, Recognition, & Rankings
Contact Us
Community Relations
Diversity/Inclusion
Environmental, Health & Safety
Government Relations
Lakeside Classics
**Locations**
- Principal
- International
- Business Communication Services
- Commercial Print
- Direct Mail
- Financial
- Forms
- Labels
- **Premedia**
- Distribution & Fulfillment

## Premedia

 printer friendly

RR Donnelley's Premedia Technologies is ready to handle your smallest to largest production details–from cutting edge creative and photography, color services and prepress to digital asset management, soft-proofing & collaboration, facilities management and digital printing.

### Premedia Centers and Studios

**Allentown Premedia Center**
834 North 12th Street
Allentown, PA 18102
Phone: 610.606.7500
Fax: 610.606.7536

**Iridio - Los Angeles**
19505 - 19681 Pacific Gateway Drive
Torrance, CA 90502-1116
Phone: 310.516.3100

**Iridio - San Francisco**
555 Minnesota Street
San Francisco, CA 94107-3024
Phone: 510.450.3446

**Lancaster Premedia Center**
216 Greenfield Road
Lancaster PA, 17601-5885
Phone: 717-293-2120
Fax: 717-293-2094

**Minneapolis Premedia Center**
12 South Sixth Street, Suite #330
Minneapolis, MN 55402
Phone: 612-677-0758
Fax: 612-677-0762

**Omega Studios - Dallas**
5525 N. MacArthur, Ste. 750
Irving, TX 75038
Phone: 972-891-3588
www.omega-studios.com

**Warsaw Premedia Center**
2801 W. Old Route 30 Box 837
Warsaw, IN 46580
Phone: 574-267-7101
Fax: 574-267-9511

**Elgin Premedia Center**
168 East Highland Avenue
Elgin, IL 60120
Phone: 847.931.0296
Fax: 847.931.5227

**Iridio - Portland**
9592 SE Main St.
Milwaukie, OR 97222
Phone: 503.419.2960
Fax: 503.419.2938
www.iridio.com

**Iridio - Seattle**
5050 First Avenue South
Seattle, WA 98134
Phone: 206-587-0800
Fax: 206-625-9315
www.iridio.com

**Los Angeles Premedia Center**
19681 Pacific Gateway Drive
Torrance, CA 90502-1168
Phone: 310-516-3100
Fax: 310-516-3153

**Omega Studios - Elgin**
168 East Highland Avenue
Elgin, IL 60120
Phone: 847-931-0296
Fax: 847-931-5227
www.omega-studios.com

**StudioW26**
601 W. 26th St.
New York, NY 10016-1510
Phone: 212-647-6000
Fax: 646-336-5165
www.studiow26.com

### Digital Solution Centers

**Glasgow Digital Solution Center**
120 Donnelley Drive
Glasgow, KY 42141-9799
Phone: 270-678-0112

**Pontiac Digital Solution Center**
1600 North Main Street
Pontiac, IL 61764
Phone: 815-844-5181
Fax: 815-844-1446

### Sales Offices

**Premedia Technologies**
3075 Highland Parkway
Downers Grove, IL 60515-1261
Phone: 630-322-6758
Fax: 630-322-6791

**Premedia Technologies**
99 Park Avenue
New York, NY 10016-1510
Phone: 212-503-1484
Fax: 212-503-1344



**RR DONNELLEY**

SEGMENTS | SERVICES | TOOLS | NEWS | INVESTORS | CAREERS | ABOUT US | FAQ

DESKTOP LOGIN | GO

**ABOUT US**
◄ back to Home
Awards, Recognition, & Rankings
Contact Us
Community Relations
Diversity/Inclusion
Environmental, Health & Safety
Government Relations
Lakeside Classics
**Locations**
- Principal
- International
- Business Communication Services
- Commercial Print
- Direct Mail
- Financial
- Forms
- Labels
- Premedia
- **Distribution & Fulfillment**

### Logistics, Print Fulfillment Services, Distribution and Consolidation

*printer friendly*

At RR Donnelley Logistics, delivering your printed materials quickly and cost-effectively is what we're all about. Each and every day, we help you save money and time by providing solutions that increase the effectiveness of on-time, accurate distribution of all your printed materials.

Delivering over five billion pounds of printed materials annually, RR Donnelley Logistics offers consistent, comprehensive solutions for the consolidation and distribution of direct mail, magazines, catalogs, books, newspaper inserts and newsstand magazine shipments.

By leveraging our distribution network volume and strong relationship with the USPSD, we provide delivery solutions that will help save you money, reduce cycle times and achieve your print and mail distribution requirements.

**United States**
- Allentown, PA
- Austell, GA
- Bolingbrook, IL
- Boston, MA
- Carol Stream, IL
- Cincinnati, OH
- Columbia, SC
- Columbus, OH
- Commerce, CA
- Cranbury, NJ
- Decatur, GA
- Elkridge, MD
- Houston, TX
- Lancaster, PA
- Lenexa, KS
- Lewisville, TX
- Memphis, TN
- Metter, GA
- New York, NY
- Omaha-Council Bluffs, NE
- Ontario, CA
- Phoenix, AZ
- Pico Rivera, CA
- Portland, OR
- St. Charles, IL
- Temecula, CA
- Torrance, CA
- Tracy, CA
- Visalia, CA
- York, PA

**Canada**
- Oshawa, ON
- Cowensville, QC
- Mississauga, ON

home | contact us | supplier info | HR Xpress | privacy policy & legal notices | site map

# RR DONNELLEY

SEGMENTS | SERVICES | TOOLS | NEWS | INVESTORS | CAREERS | ABOUT US | FAQ

DESKTOP LOGIN | GO

**ABOUT US**

◄ back to Home

- Awards, Recognition, & Rankings
- Contact Us
- Community Relations
- Diversity/Inclusion
- Environmental, Health & Safety
- Government Relations
- Lakeside Classics
- **Locations**
  - Principal
  - International
  - Business Communication Services
  - **Commercial Print**
  - Direct Mail
  - Financial
  - Forms
  - Labels
  - Premedia
  - Distribution & Fulfillment

## Commercial Print

*printer friendly*

No matter where you're located, RR Donnelley's commercial print group can give you fast, responsive service from plants located in strategic regional areas. All locations have the latest technology to meet your needs.

### Commercial Print Plants

- **Albany**
  120 Industrial Park Road
  Albany, NY 12206
  1.518.489.2538
  www.moorewallacealbany.com

- **Andrews Connecticut, an RR Donnelley Company**
  151 Red Stone Road, Manchester, CT 06040
  1.800.627.0382
  860-649-5570
  www.andrewsct.com

- **Baum Printing, an RR Donnelley Company**
  9985 Gantry Road
  Philadelphia, PA 19115
  1.800.872.2286
  www.baumprint.com

- **Benwell-Atkins, an RR Donnelley Company**
  901 Great Northern Way
  Vancouver, British Columbia V5T 1E1
  604.872.2326
  www.benwell.com

- **Bruce Offset, an RR Donnelley Company**
  1099 Greenleaf Avenue
  Elk Grove Village, IL 60007
  1.847.593.5290
  http://web.archive.org/web/20060925063706/http://www.bruceoffset.com/

- **Commercial Press, an RR Donnelley Company**
  955 Gateway Center Way
  San Diego, CA 92102
  1.800.826.9753
  www.commercialpressrrd.com

- **Hillside Printing, an RR Donnelley Company**
  4600 W. Roosevelt Road
  Hillside, IL 60162
  1.708.492.4600
  www.hillsideprinting.net

- **Hoechstetter Printing, an RR Donnelley Company**
  218 N. Braddock Avenue
  Pittsburgh, PA 15208
  1.800.288.1241
  http://web.archive.org/web/20060925063706/http://www.hoechstetterprinting.com/

- **IPD Printing, an RR Donnelley Company**
  5800 Peachtree Road
  Chamblee, GA 30341
  1.800.241.3776

- **Las Vegas Commercial Plant**
  6305 Sunset Corporate Drive
  Las Vegas, NV 89120
  1.702.949.8500

- **Litho Industries, an RR Donnelley Company**
  One Litho Way
  Page Pointe Centre
  PO Box 14106
  Research Triangle Park Durham, NC 27703
  1.919.596.7000
  www.lithoindustries.com

- **Metro Printing, an RR Donnelley Company**
  7500 Equitable Drive
  Eden Prairie, MN 55344
  1.952.294.4000
  www.metroprinting.com

- **San Diego Web, an RR Donnelley Company**
  7590 Carroll Road
  San Diego, CA 92121
  1.858.693.6600

- **Moran Printing, an RR Donnelley Company**
  9125 Bachman Rd
  Orlando, Florida 32824
  1.800.545.4778
  www.moranprintingorlando.com

- **The Nielsen Company, an RR Donnelley Company**
  7405 Industrial Road
  Florence, Kentucky 41042-2997
  1.859.525.7405
  www.nielsenco.com

- **Post Printing, an RR Donnelley Company**
  201 E. Progress
  West Bend, WI 53095
  1.800.236.7678
  www.post-printing.com

- **Quality Color, an RR Donnelley Company**
  18330-102 Avenue
  Edmonton, Alberta T5S 2J9
  1.780.486.1199
  www.qualitygroup.com

- **State Printing, an RR Donnelley Company**
  1210 Key Road
  Columbia, SC 29201
  1.800.955.2502
  www.stateprinting.com

- **W. E. Andrews, an RR Donnelley Company**
  140 South Road, Bedford, MA 01730
  1.800.365.4061
  www.weandrews.com

- **Wetmore and Company, an RR Donnelley Company**
  1645 W. Sam Houston Parkway North
  Houston, TX 77043
  1.800.444.7175
  www.wetmore-printing.com

- **Williams Printing, an RR Donnelley Company**
  13900 N. Commerce Dr.
  Suite 100
  East Point, GA 30344-5732
  1.404.494.4500
  www.williamsrrd.com

Copyright © 1998-2006 RR Donnelley. All Rights Reserved.

# RR DONNELLEY

SEGMENTS | SERVICES | TOOLS | NEWS | INVESTORS | CAREERS | ABOUT US | FAQ

DESKTOP LOGIN

**ABOUT US**
◄ back to Home

Awards, Recognition, & Rankings
Contact Us
Community Relations
Diversity/Inclusion
Environmental, Health & Safety
Government Relations
Lakeside Classics
**Locations**
- Principal
- International
- Business Communication Services
- Commercial Print
- Direct Mail
- Financial
- Forms
- **Labels**
- Premedia
- Distribution & Fulfillment

## Labels

printer friendly

With 12 facilities in the United States, Canada, Mexico and South America, RR Donnelley is your sole source for labels. RR Donnelley has the capabilities to meet all of your labeling needs. We offer a full line of EDP, packaging, industrial, stock, and security labels.

- Angola, IN
- Avon Lake, OH
- Brenham, TX
- Cincinnati, OH
- Denver, CO
- Mexico City, Mexico
- Osasco, Brazil
- St. Charles, IL
- Streetsboro, OH
- Trenton, Ontario
- Visalia, CA
- Wilson, NC

Awards, Recognition, & Rankings
Contact Us
Community Relations
Diversity/Inclusion
Environmental, Health & Safety
Government Relations
Lakeside Classics
Locations

---

home | contact us | supplier info | HR Xpress | HRQ | privacy policy & legal notices | site map



## RR Donnelley

### ABOUT US
‹ back to Home

Awards, Recognition, & Rankings
Contact Us
Community Relations
Diversity/Inclusion
Environmental, Health & Safety
Government Relations
Lakeside Classics
**Locations**
- Principal
- International
- Business Communication Services
- Commercial Print
- **Direct Mail**
- Financial
- Forms
- Labels
- Premedia
- Distribution & Fulfillment

### Direct Mail

 printer friendly

With 8 dedicated facilities nationwide, RR Donnelley is your source for printing, personalization and finishing solutions that maximize your one-to-one communication needs. We specialize in digital workflows, database management and list processing, direct mail production, digital print-on-demand, and logistics and fulfillment logistics.

We offer nationwide resources, high quality web printing (up to 12 colors), digital printing, state-of-the-art imaging technologies, custom programming, innovative format designs, mail expertise, and experienced account management. Services include on-demand mailings, operational mailings (invoices, statements, regulatory mailings), loyalty programs, franchisee or dealership marketing, e-mail campaigns, credit card offers, fundraising and donor retention, website traffic builders, and coupon mailings.

- Clinton, IL
- Wheeling, IL
- Seymour, IN
- La Palma, CA
- Tonawanda, NY
- Newark, OH
- De Pere, WI
- Green Bay, WI