# Exhibit L

*XEIKON    VariScript solution breaks production variable data printing barrier M2 PRESSWIRE September 14, 1999*

Copyright 1999 M2 Communications Ltd.
M2 PRESSWIRE

September 14, 1999

LENGTH: 667 words

HEADLINE: XEIKON
   VariScript solution breaks production variable data printing barrier

HIGHLIGHT:
Seybold delegates see 100% variable full-collor pages printed at full press speed

BODY:
Variable data color printing took a major step forward at last week's Seybold Seminars in San Francisco with the first public showing of Xeikon's new DCP/50D VariScript Solution press.

Billed as the first complete color solution for long-run variable data print jobs, VariScript Solution is the first digital color press to take digital color files directly from network to printer, and compose and RIP 100% variable full- color pages

- including every element of text, graphics and images on the fly at full press speed.

The result of the strategic partnership between Xeikon N.V. and Varis Corporation announced in November last year, VariScript Solution enhances and expands the use of variable data printing in heavy-duty production applications, including:

* High-value, true one-to-one direct marketing incorporating variable full-color graphics personalized to each recipient

* Financial information: banking, brokerage and mutual fund statements

* Transaction documents: invoices, periodic billing, policies, forms and tickets

A key capability of VariScript Solution is the ability to integrate vary large databases without the need for batching, so that runs of several hundred thousands can be printed in a virtually continuous mode. Yet because VariScript RIPs and prints on-the-fly, information can be edited without interrupting production.

Additional features include a simple-to-use graphical user interface for job layout: once a design has been completed using standard desktop applications, variable fields are tagged and linked to the relevant database fields. Production monitoring is automatic, as is verification of each document in the run, providing stringent quality control from data collection through to finishing.

"With its unmatched design flexibility and speed, VariScript enables commercial printers to offer the next generation of high-volume, variable data solutions - individualized target marketing for maximum impact," said Alfons Buts, Xeikon's President and CEO.

At Seybold, Xeikon demonstrated VariScript's power for direct mail and financial services applications. The press was equipped with a Roll Systems Digital Color Unwinder for the maximum uptime and productivity essential in a high-volume production environment.

Customer shipments of the VariScript Solution will start shortly to locations in Europe and the US.

NOTES FOR EDITORS

Xeikon N.V.

Founded in 1988, Xeikon is the world's leading provider of digital color printing solutions for professional applications in the commercial printing, production variable data printing, packaging printing, label printing and special applications markets.

These systems and their related consumables have been specifically designed to meet the quality, speed, reliability, cost and variable content requirements of on-demand color printing. Xeikon supplies both original equipment manufacturers (OEMs), including Agfa, IBM, Xerox and Nilpeter, as well as a global network of over 40 value-added distributors (VADs). By the end of 1998, over 1400 Xeikon systems had been shipped worldwide.

Xeikon's revenues in 1998 were $136.1 million, up from $81.7 million in 1997, and gross profit rose 100% to $ 48.8 million in 1998.

In April 1999, Xeikon acquired an 80% equity interest in Nipson International S.A., a manufacturer of digital black and white printers based on patented "magnetography" technology.

The Xeikon N.V. headquarters and manufacturing facilities are based in Mortsel, Belgium. Xeikon America Inc, Wood Dale, Illinois, is a wholly owned subsidiary of Xeikon N.V.

For additional information about Xeikon and its products, please visit Xeikon's website: http://www.xeikon.be

CONTACT: Jef Stoffels, Xeikon NV
Tel: +32 3 443 1311
Fax: +32 3 443 1309

e-mail: info@xeikon.be
Simon Jamieson/Caroline Patterson, A D Communications
Tel: +44 (0)1372 464470
Fax: +44 (0)1372 468626
e-mail: simon@adcommunications.co.uk


LOAD-DATE: September 14, 1999