# Exhibit M



products   solutions   news & events   about us

**News & Events**
> News
> Events

**News Archives**

09.10.99 VariScript Solution™ Breaks Production Variable Data Printing Barrier

-- Seybold delegates see 100% variable full-color pages printed at full press speed--

September 10, 1999 – Variable data color printing took a major step forward at last week's Seybold Seminars in San Francisco with the first public showing of Xeikon's new DCP/50D VariScript Solution press.

Billed as the first complete color solution for long-run variable data print jobs, VariScript Solution is the first digital color press to take digital color files directly from network to printer, and compose and RIP 100% variable full-color pages -- including every element of text, graphics and images -- on the fly at full press speed.

The result of the strategic partnership between Xeikon N.V. and Varis Corporation announced in November last year, VariScript Solution enhances and expands the use of variable data printing in heavy-duty production applications, including:

   High-value, true one-to-one direct marketing incorporating variable full-color
   graphics personalized to each recipient

   Financial information: banking, brokerage and mutual fund statements

   Transaction documents: invoices, periodic billing, policies, forms and tickets

A key capability of VariScript Solution is the ability to integrate very large databases without the need for batching, so that runs of several hundred thousand can be printed in a virtually continuous mode. Yet because VariScript RIPs and prints on-the-fly, information can be edited without interrupting production.

Additional features include a simple-to-use graphical user interface for job layout: once a design has been completed using standard desktop applications, variable fields are tagged and linked to the relevant database fields. Production monitoring is automatic, as is verification of each document in the run, providing stringent quality control from data collection through to finishing.

"With its unmatched design flexibility and speed, VariScript enables commercial printers to offer the next generation of high-volume, variable data solutions -- individualized target marketing for maximum impact," said Alfons Buts, Xeikon's President and CEO.

At Seybold, Xeikon demonstrated VariScript's power for direct mail and financial services applications. The press was equipped with a Roll Systems Digital Color Unwinder for the maximum uptime and productivity essential in a high-volume production environment.

Customer shipments of the VariScript Solution will start shortly to locations in Europe and the US.

back

© 2002 vLogix, Inc. All rights reserved.