# Exhibit N



**UNIVERSITY GRAPHIC SYSTEMS**
CAL POLY'S STUDENT-RUN PRINTING ENTERPRISE

| NEWS | ABOUT UGS | DEPARTMENTS | OUR WORK | TECHNOLOGY | SERVICES | DOWNLOADS | CONTACT US |

**DEPARTMENTS**
GENERAL MANAGEMENT
MARKETING
SALES
PRODUCTION
SHEETFED PREPRESS
WEB PREPRESS
SHEETFED OFFSET
WEB OFFSET
BINDERY
LEAN
KNOWLEDGE
MANAGEMENT
TECHNICIAN
FACULTY ADVISOR

Hours of Operation
Monday to Friday *
9:00AM-5:00PM

Office: 805.756.1140
Fax: 805.756.1139

# Mychal Boerman
Web Prepress Manager

Biography
Mychal is a fourth year Graphic Communication major from a tiny town outside of San Diego. He enjoys prepress, fishing, hiking, fishing, fishing and fishing.

Responsibilities
The Web Prepress Manager is in charge of all prepress work that prints on a web-fed press. This includes the Goss Community Press and the Xeikon DCP/50D. The Web Prepress Manager is responsible for file manipulation, proof making, plate making and maintenance of all prepress computers.

Goals
1. Rekindle a positive relationship with Mustang Daily
2. Move to a PDF workflow for MD files
3. Improve efficiency/turnaround times
4. Improve workflows in ApogeeX
5. Effectively train next year's Web Prepress Manager
6. Improve student involvement in prepress
7. Move SOP's to online WIKI so improvements can be made in real-time
8. To be able to run VDP jobs on the Xeikon
9. To hook up wide format printer to apogeeX to be used as proofing device
10. To establish ApogeeX workflow for Heidelberg DI jobs
11. To update/transfer all files from old G4 to new G5
12. Incorporate Certified PDF dropbox into website
13. Improve customer knowledge of file guidelines



e-mail: mboerman@calpoly.edu

News | About Us | Departments | Our Work | Technology | Services | Downloads | Contact Us | Site Map

© 2006 University Graphic Systems (UGS) ◊ Cal Poly, Graphic Arts Bldg. 26, Suite 212A, San Luis Obispo, CA 93407 ◊ 805.756.1140
UGS is a division of the Cal Poly Corporation operated through the Graphic Communication Department.

http://www.ugs.calpoly.edu/dept/webpp.html                                                     1/6/2008