Exhibit O

**LexisNexis** Total Research System | Custom ID ▼ Subscription ID | Switch Client | Preferences | Sign Off | ? Help

Search | Research Tasks | Get a Document | Shepard's® | Alerts | Total Litigator | Counsel Selector | History

Source: Legal > / . . . / > **EZFIND Combined Person Locator Nationwide**
Terms: **gauthier w/2 forrest** (Edit Search | Suggest Terms for My Search)

✓Select for FOCUS™ or Delivery
☐

*GAUTHIER, FORREST P*

**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY**

PERSON LOCATOR - P-TRAK

**Name:** GAUTHIER, FORREST P

**Also Known As:**
 GAUTHIER, FORREST

**Social Security Number:** 570-98-XXXX

**Address:**
 8792 MAINEVILLE RD
 MAINEVILLE, OH 45039-8615
 Address Updated: 10/1/1999

**Previous Addresses:**
 7500 INNOVATION WAY
 MASON, OH 45040-9695
 Address Updated: 8/1/1999

 731 PACIFIC ST APT. 29
 SAN LUIS OBISPO, CA 93401-3900
 Address Updated: 11/13/2000

 6278 BRANDONHILL CT
 CINCINNATI, OH 45244-2603
 Address Updated: 7/18/2001

**Birthdate:** 11/1954

**Telephone:** 683-6003

**On File Since:** 10/1/1986

 Source: Legal > / . . . / > **EZFIND Combined Person Locator Nationwide**
 Terms: **gauthier w/2 forrest** (Edit Search | Suggest Terms for My Search)
 View: Full
 Date/Time: Sunday, January 6, 2008 - 6:40 PM EST



Source: Legal > / . . . / > EZFIND Combined Person Locator Nationwide
Terms: **gauthier w/2 forrest** (Edit Search | Suggest Terms for My Search)

↙Select for FOCUS™ or Delivery
☐

*GAUTHIER, FORREST P*

**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY**

PERSON LOCATOR - P-TRAK

**Name:** GAUTHIER, FORREST P

**Address:**
4536 MCGINNIS ST
BAKERSFIELD, CA 93308-1046
Address Updated: 7/13/2001

**Birthdate:** 11/1954

**On File Since:** 9/24/2001

Source: Legal > / . . . / > **EZFIND Combined Person Locator Nationwide**
Terms: **gauthier w/2 forrest** (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Sunday, January 6, 2008 - 6:41 PM EST

Search | Research Tasks | Get a Document | *Shepard's®* | Alerts | Total Litigator | Counsel Selector
History | Delivery Manager | Switch Client | Preferences | Sign Off | Help

 **LexisNexis®**  About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

LexisNexis™ Total Research System    Custom ID ▼ | Subscription ID | Switch Client | Preferences | Sign Off | Help
Search | Research Tasks | Get a Document | Shepard's® | Alerts | Total Litigator | Counsel Selector | History

Source: Legal > / . . . / > **EZFIND Combined Person Locator Nationwide**
Terms: **gauthier w/2 forrest** (Edit Search | Suggest Terms for My Search)

⚐Select for FOCUS™ or Delivery
☐

### *GAUTHIER, FORREST P*

### THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY

PERSON LOCATOR - P-SRCH

**Name:** GAUTHIER, FORREST P

**Social Security Number:** 570-98-XXXX

**Address:**
8792 MAINEVILLE RD
MAINEVILLE, OH 45039
Address Created: 11/1994

**Previous Addresses:**
10555 MONTGOMERY RD
CINCINNATI, OH 45242
Address Created: 12/1995

PO BOX 40391
BAKERSFIELD, CA 93384
Address Created: 12/1992

**Birthdate:** 11/1954

Source: Legal > / . . . / > **EZFIND Combined Person Locator Nationwide**
Terms: **gauthier w/2 forrest** (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Sunday, January 6, 2008 - 6:42 PM EST

Search | Research Tasks | Get a Document | Shepard's® | Alerts | Total Litigator | Counsel Selector
History | Delivery Manager | Switch Client | Preferences | Sign Off | Help


**LexisNexis®**   About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.