# Exhibit R



products   solutions   news & events   about us

# Welcome to vLogix, Inc.

vLogix' controllers, through our customers on three continents, produce an astounding *45 million variable data documents per day* for clients including FedEx, UPS, Kroger's, Publisher's Clearing House, Capital One, and Euro 2000, on Delphax, Nipson, Océ, Scitex, Toray, and Xeikon print engines.

Our High-volume Page Output (HPO) controllers are proven to be the most reliable systems for round-the-clock 24x7, highly variable, high-volume variable data printing, managing the entire workflow from pre-press through finishing with sophisticated built-in process controls.

VariScript is the only software capable of retrieving unformatted data from multiple databases, constructing fully variable complex pages, rendering pages to bitmaps, and printing - all on the fly with no spooling or other process delays. VariScript operates in Postscript, PDF, and XML environments. The result is high-volume, information-intensive jobs printed at high speed with simplified scheduling and workflow management.
>> learn more

## Latest News

**vLogix delivers major shipment to Wallace Computer Services**
Wallace makes significant commitment to VariScript variable print technology ordering 12 more HPO-1 systems for plants across the country.

**vLogix joins CGATS**
On standards committee on variable data printing.

**Looking to increase your production printing revenues?**
See how VariScript works with your current digital printer.

© 2002 vLogix, Inc. All rights reserved.