Exhibit S

# NetworkSolutions.

Call us 1-800-333-7680   Shopping Cart
Login   Help

## WHOIS Search Results

Available **tesseron** extensions:

| .org | .us | .mobi | .info | .biz | .de | .tv | .co.uk | .eu | .bz |
|------|-----|-------|-------|------|-----|-----|--------|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

[Order Selected Domain(s) »]



25% OFF Web Site Hosting
Just $9.96 $7.47/mo
+ free domain
Limited Time Online Only Offer
Our Lowest Price Ever!   » Get 25% OFF

### Your WHOIS Search Results



**tesseron.net**
Services from Network Solutions:

- Certified Offer Service - Let us help you get this domain name!
- Backorder - Try to get this name when it becomes available.
- Private Registration - Keep personal information for this domain private.
- SSL Certificates - Get peace of mind with a secure certificate.
- Enhanced Business Listing - Promote your business to millions of viewers for only $1 a month!

**Choose Your Domain Name Provider Wisely** and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. **Download** our *Guide to Getting Found Online* now.



Learn the Secrets of Search Engine Optimization
Attend our SEO Seminar
[Learn More »]

Visit AboutUs.org for more information about TESSERON.NET AboutUs: TESSERON.NET

**Registrant:**         Make this info private
vLogix, Inc.
394 Wards Corner
Suite 150
Cincinnati, OH 45140
US

**Domain Name:** TESSERON.NET

**Promote your business to millions of viewers for only $1 a month!**

Learn how you can get an Enhanced Business Listing here for your domain name.

**Learn More**

When you register a domain name, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use

**Administrative Contact, Technical Contact:**
Gauthier, Forrest
admin@tesseron.net
394 Wards Corner
Suite 150
Cincinnati, OH 45140
US
Phone: 513-274-4000

Record expires on 23-Jan-2009
Record created on 23-Jan-2001
Database last updated on 03-Oct-2006

| Domain servers in listed order: | Manage DNS |
|---|---|
| NS1.READYHOSTING.COM | 65.163.27.103 |
| NS2.READYHOSTING.COM | 65.163.27.104 |

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 65.254.231.120 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-NEW YORK-NEW YORK |
| Record Type: | Domain Name |
| Server Type: | IIS 6 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 30-Nov-2007 |



think
Join Now!
It's smart to ThinkLocal

Search >

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
● Domain Name
○ NIC Handle
○ IP Address

[Search >]

 **Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee
[Go >]

 **PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee
[Go >]

    



**100% Secure Transaction**
For your protection, this Web site is secured with the highest level of SSL Certificate encryption.

© Copyright 2008 Network Solutions. All rights reserved.