# Exhibit T

| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 10/18/2000 | 200029200878 | ARTICLES OF ORGANIZATION/DOM. LLC (LCA) | 85.00 | 10.00 | .00 | .00 | .00 |

**Receipt**
This is not a bill. Please do not remit payment.

THOMPSON, HINE, FLORY
10 W. BROAD STREET, SUITE
ATTN C R RUSSELL
COLUMBUS, OH 43215

# STATE OF OHIO

### Ohio Secretary of State, J. Kenneth Blackwell

**1186786**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**TESSERON, LTD.**

and, that said business records show the filing and recording of:

Document(s)                                    Document No(s):
**ARTICLES OF ORGANIZATION/DOM. LLC**          200029200878



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 16th day of October, A.D. 2000.

*J. Kenneth Blackwell*
Ohio Secretary of State

Page 1

OCT-06-2000 FRI 01:12 PM TH&F LLP        FAX NO. 513 241 4771                P. 03

Prescribed by  
J. Kenneth Blackwell, Secretary of State  
30 East Broad Street, 14th Floor  
Columbus, Ohio 43266-0418

Approved _____  
Date: _____  
Fee: $85.00

# ARTICLES OF ORGANIZATION
(Under Section 1705.04 of the Ohio Revised Code)  
Limited Liability Company

The undersigned, desiring to form a limited liability company, under Chapter 1705 of the Ohio Revised Code, does hereby state the following:

FIRST:  The name of said limited liability company shall be TESSERON, LTD.

SECOND:  This limited liability company shall exist for a period of unlimited duration.

THIRD:  The address to which interested persons may direct requests for copies of any operating agreement and any bylaws of this limited liability company is:

8792 Maineville Road  
Maineville, Ohio 45039

IN WITNESS WHEREOF, I have hereunto subscribed my name, this 12th day of October, 2000.

By: _____  
Forrest Gauthier, Organizer

RECEIVED  
SECRETARY OF STATE  
2000 OCT 16 AM 10:22  
CLIENT SERVICE CENTER

Page 2

OCT-06-2000 FRI 01:11 PM TH&F LLP                FAX NO. 513 241 4771                P. 02

Prescribed by
J. Kenneth Blackwell, Secretary of State
30 East Broad Street, 14th Floor
Columbus, Ohio 43266-0418
Form LCO (July 1994)

# ORIGINAL APPOINTMENT OF STATUTORY AGENT
(for Limited Liability Company)

The undersigned, being the organizer of Tesseron, Ltd., hereby appoints **Forrest Gauthier** to be the agent upon whom any process, notice or demand required or permitted by statute to be served upon the limited liability company may be served. The complete address of the agent is:

8792 Maineville Road
Maineville, Ohio 45039

By: _____
Forrest Gauthier, Organizer

### ACCEPTANCE OF APPOINTMENT

The undersigned, named herein as the statutory agent for Tesseron, Ltd., hereby acknowledges and accepts the appointment of agent for said limited liability company.

_____
Forrest Gauthier

275424.1

Page 3