Exhibit U

```
OHIO SECRETARY OF STATE                                CHARTER NUMBER:  919046
PROCESSING STATEMENT           05356-1184              ROLL AND FRAME:  5356-1184
12/15/95

CORPORATION:                         DOCUMENT NUMBER       CODE          FEE

INC. JET AVIATION LTD. FORMERLY TESSERON, LTD    95110933901   LAH        10.00
.                                                              CHN        NO FEE


        060449

   RETURN TO: THOMPSON,HINE AND FLORY                  TOTAL :           10.00
              ATTN K S FINCH
              10 W BROAD ST
              COLUMBUS OH 43215                                          0201
```

# The State of Ohio

## Bob Taft

Secretary of State

919046

## Certificate

It is hereby certified that the Secretary of State of Ohio has custody of the Records of Incorporation and Miscellaneous Filings; that said records show the filing and recording of:   LAM CHN

of:

INC. JET AVIATION LTD, FORMERLY TESSERON, LTD.

United States of America
State of Ohio
Office of the Secretary of State

Recorded on Roll 5356 at Frame 1186   of the Records of Incorporation and Miscellaneous Filings.

Witness my hand and the seal of the Secretary of State at

Columbus, Ohio, this  9TH  day of  NOV        ,

A.D. 19 95  .

*Bob Taft*
Bob Taft
Secretary of State

05356-1186 9/9046

Prescribed by
Bob Taft, Secretary of State
30 East Broad Street, 14th Floor
Columbus, Ohio 43266-0418
Form LAM (July 1994)

Approved LMR
Date 11/9/95
Fee $10

9511093390l

## CERTIFICATE OF AMENDMENT TO ARTICLES OF ORGANIZATION OF A LIMITED LIABILITY COMPANY

The undersigned, being a member, manager or authorized representative of _____Tesseron, Ltd._____, an Ohio limited
(name of limited liability company)
liability company, organized on the 5th day of October, 1995, does hereby certify that the undersigned is duly authorized to execute this certificate, and hereby certifies that the Articles of Organization of the above-named limited liability company have been amended as follows:

### AMENDMENT

Article First is hereby amended and restated as follows:

Article First: The name of the limited liability company shall be Inc.JET Aviation Ltd.

*(If insufficient space for amendment, please attach a separate sheet)*

IN WITNESS WHEREOF, the undersigned has executed this certificate this 7th day of November, 1995.

Tesseron, Ltd.
(name of limited liability company)

By: _____
Forrest Gauthier
Its: Duly Authorized Member, Manager or Representative

[Ohio Revised Code Section 1705.08(C)(1)]

Page 3

☐ **UNIFORM COMMERCIAL CODE FILING**

☒ **CORPORATIONS FILING**

**CORPORATIONS ONLY**
☐ EXPEDITE SERVICE   ☐ PICK-UP   ☒ MAIL

**CORRESPONDENCE**

NR 531249

05055-1184 Roll 1 (5311) 5319 0096
10/30/95

PLEASE RETURN THE ATTACHED DOCUMENTS TO:

Thompson, Hine and Flory
**NAME OF YOUR FIRM OR COMPANY**

Karen S. Finch
**ATTENTION**

10 W. Broad Street, One Columbus, Columbus, OH 43215
**STREET, CITY, STATE, ZIP CODE**

(614) 469-3317                        NOV 0 0 1995
**TELEPHONE NUMBER**

**UCC ONLY**
☐ MAIL   ☐ PICK-UP
IF NOT CHECKED, IT WILL BE MAILED.

Page 4