# Exhibit W

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| OHIO NORTHERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 5,219 | 8,854 | 10,442 | 4,531 | 14,889 | 5,962 | | |
| | Terminations | | 6,894 | 4,885 | 7,151 | 14,721 | 4,585 | 4,441 | | |
| | Pending | | 6,884 | 9,123 | 7,323 | 5,361 | 17,929 | 7,618 | | |
| | % Change in Total Filings | Over Last Year | -41.1 | | | | | | 94 | 9 |
| | | Over Earlier Years | | -50.0 | 15.2 | -65.0 | -12.5 | | 67 | 7 |
| | Number of Judgeships | | 12 | 12 | 12 | 12 | 12 | 12 | | |
| | Vacant Judgeship Months** | | 12.9 | 9.0 | .0 | 4.6 | 12.0 | 12.0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 435 | 738 | 870 | 378 | 1,241 | 497 | 43 | 4 |
| | | Civil | 366 | 663 | 797 | 312 | 1,173 | 447 | 32 | 4 |
| | | Criminal Felony | 48 | 55 | 53 | 42 | 48 | 50 | 74 | 8 |
| | | Supervised Release Hearings** | 21 | 20 | 20 | 24 | 20 | - | 51 | 5 |
| | Pending Cases | | 574 | 760 | 610 | 447 | 1,494 | 635 | 13 | 1 |
| | Weighted Filings** | | 402 | 467 | 452 | 421 | 535 | 442 | 62 | 8 |
| | Terminations | | 575 | 407 | 596 | 1,227 | 382 | 370 | 15 | 2 |
| | Trials Completed | | 14 | 10 | 10 | 10 | 9 | 10 | 67 | 7 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 7.0 | 7.1 | 6.4 | 6.6 | 6.7 | 6.1 | 21 | 2 |
| | | Civil** | 13.5 | 6.3 | 8.6 | 13.7 | 7.6 | 8.3 | 89 | 8 |
| | From Filing to Trial** (Civil Only) | | 22.3 | 17.5 | 20.7 | 22.0 | 23.0 | 19.7 | 34 | 1 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 321 | 587 | 76 | 61 | 96 | 75 | | |
| | | Percentage | 5.0 | 6.8 | 1.1 | 1.2 | .5 | 1.0 | 37 | 5 |
| | Average Number of Felony Defendants Filed Per Case | | 1.7 | 1.8 | 1.6 | 1.8 | 1.9 | 1.7 | | |
| | Jurors | Avg. Present for Jury Selection | 34.27 | 33.58 | 36.63 | 34.75 | 35.59 | 31.00 | | |
| | | Percent Not Selected or Challenged | 31.1 | 28.7 | 32.5 | 24.3 | 30.1 | 23.9 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 4393 | 283 | 1216 | 490 | 43 | 485 | 323 | 402 | 207 | 135 | 522 | 9 | 278 |
| Criminal* | 571 | 5 | 143 | 31 | 100 | 98 | 49 | 32 | 26 | 20 | 14 | 10 | 43 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."