RECEIVED

DEC 1 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

ELECTRONICS FOR IMAGING, INC.,

               Plaintiff(s),

v.

TESSERON, LTD.,

               Defendant(s).

CASE NO. CV07-5534 ~~RS~~ *CRB*

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Stephen H. Jett , an active member in good standing of the bar of Ohio, whose business address and telephone number (particular court to which applicant is admitted) is

Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114

Telephone: 216-241-2838

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Tesseron, Ltd.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Jan. 23, 2008

United States ~~Magistrate~~ District Judge
~~Richard Seeborg~~