**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 31, 2008

U.S. District Court, Northern District of Ohio
Carl B. Stokes United States Courthouse
801 West Superior Avenue
Cleveland, OHIO 44113-1830

RE: CV 07-05534 CRB  Electronics For Imaging, Inc.-v-Tesseron, Ltd

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒      Certified copy of docket entries.

☒      Certified copy of Transferral Order.

☒      Original case file documents.

☒      Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

    Sincerely,
    RICHARD W. WIEKING, Clerk

by:  Maria Loo
Case Systems Administrator

Enclosures
Copies to counsel of record